UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIAN RICHARDSON | : | CIVIL ACTION NO. |
| Plaintiff, | : | |
| | : | 3:01CV1719 (JCH) |
| v. | : | |
| WILLIAM MIRANDA, ET AL. | : | |
| | : | October 13, 2003 |
| Defendants. | : | |

Motion for Third Scheduling Order

Both parties in the above-entitled lawsuit hereby move this Court to provide a third scheduling order with the following deadline: Discovery pursuant to Federal Rules of Civil Procedure shall be completed by November 18, 2003. In support of this motion, the parties state as follows:

1.  Although both parties intended to complete discovery by October 18, 2003, several things made it difficult to meet this deadline, including discovery disputes (two of which are currently pending before this court) as well some difficulty in obtaining permission from the correctional facility to have potential experts examine the Plaintiff.

2.  The Defendants have stated that they will likely request additional time (after November 18, 2003) to depose all experts, if any, disclosed by Plaintiff. Plaintiff has no objection to Defendants obtaining more time for this purpose.

| | |
|---|---|
| Plaintiff Brian Richardson | Defendants William Miranda, et al. |
| By: *(signature)*<br>Daniel Kalish (ct24350)<br>Kenneth D. Heath (ct23659)<br>WIGGIN & DANA LLP<br>One Century Tower<br>New Haven, CT 06508-1832<br>Tel. (203) 498-4400<br>Fax (203) 782-2889<br>dkalish@wiggin.com<br>kheath@wiggin.com | By: *(signature)*<br>Barbara Brazzel-Massaro<br>Office of the City Attorney<br>999 Broad Street, 2nd Floor<br>Bridgeport, CT 06604<br>Tel. (203) 576-7647 |

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIAN RICHARDSON | : | CIVIL ACTION NO. |
| Plaintiff, | : | |
| | : | 3:01CV1719 (JCH) |
| v. | : | |
| WILLIAM MIRANDA, ET AL. | : | |
| | : | October 13, 2003 |
| Defendants. | : | |

### Third Scheduling Order

Pursuant to Rule 16(c) of the Federal Rules of Civil Procedure, it is hereby ORDERED:

1.  Discovery pursuant to the Federal Rules of Civil Procedure shall be completed by November 18, 2003.

_____          _____
United States District Judge                                  Date

**CERTIFICATION OF SERVICE**

This is to certify that on this 14th day of October, 2003 a copy of the foregoing was mailed, first class, postage prepaid, to the following:

Barbara Brazzel-Massaro, Esq.
Office of the City Attorney
999 Broad St., 2d Floor
Bridgeport, CT 06604

_____
Daniel Kalish

\16234\1\409745.1