UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIAN RICHARDSON | : | CIVIL ACTION NO. |
| Plaintiff, | : | |
| | : | 3:01CV1719 (JCH) |
| v. | : | |
| WILLIAM MIRANDA, FRANK DELBOUNO, AND JOSE REYES | : | |
| | : | October 21, 2003 |
| Defendants. | : | |

Motion for Extension of Time

The Plaintiff respectfully moves for an extension of time, up to and including November 4, 2003, to oppose the motion for protective order or motion to quash filed by the Defendants and City of Bridgeport on September 30, 2003 (see Ex. 1). In support of this motion, Plaintiff states as follows:

1.	The parties are still in the process of having discussions to see whether they can resolve this issue without court intervention. Therefore, prior to responding to the motion to quash, Plaintiff wants to see whether the parties can come to an agreement.

2.	Defendants or City of Bridgeport do not object to this motion.

Respectfully Submitted,

Plaintiff Brian Richardson

_____
Daniel Kalish (ct24350)
Kenneth D. Heath (ct23659)
WIGGIN & DANA LLP
One Century Tower

P.O. Box 1832
New Haven, CT  06508-1832
Tel. (203) 498-4400
Fax (203) 782-2889
dkalish@wiggin.com
kheath@wiggin.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIAN RICHARDSON | : | CIVIL ACTION NO. |
| Plaintiff, | : | |
| | : | 3:01CV1719 (JCH) |
| v. | : | |
| WILLIAM MIRANDA, FRANK DELBOUNO, AND JOSE REYES | : | |
| | : | October 21, 2003 |
| Defendants. | : | |

<u>Proposed Order Granting Motion for Extension of Time</u>

This Court grants the Plaintiff's motion for an extension of time, up to and including November 4, 2003, to oppose the motion for protective order or motion to quash filed by the Defendants and City of Bridgeport on September 30, 2003.

So Ordered.

_____     _____
United States District Judge            Date

## CERTIFICATION OF SERVICE

This is to certify that on this 21st day of October, 2003 a copy of the foregoing was mailed, first class, postage prepaid, to the following:

Barbara Brazzel-Massaro, Esq.
Office of the City Attorney
999 Broad St., 2d Floor
Bridgeport, CT 06604

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Daniel Kalish

\16234\1\409745.1

# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIAN RICHARDSON | : | |
| Plaintiff, | : | CIV. NO. 3:01CV1719 (JCH) |
| vs. | : | |
| WILLIAM MIRANDA, ET AL | : | |
| Defendants | : | SEPTEMBER 30, 2003 |

## MOTION FOR PROTECTIVE ORDER OR TO QUASH SUBPOENA DUES TECUM

The Plaintiff, Brian Richardson, has served a number of subpoenas for depositions to be conducted in the above matter. The Plaintiff served two separate subpoenas upon the officials of the City of Bridgeport Police Department, but with distinct document requests in each of the subpoenas. The Defendants and the City submitted a Motion to Quash and/or for Protective Order on September 26, 2003 for one of the subpoenas to the City and now submits this Motion for Protective Order or to Quash Subpoena Duces Tecum for a list of six (6) separately defined items of production (see attached Exhibit "A").

The Defendants and the City request that the Court enter an order to quash or, in the alternative, a protective order that precludes all of the requests except the specific policies and procedures that have been disclosed by the Defendant police

BMF03093

1

officers in response to production because the request is repetitive, irrelevant, overly broad and harassing as set forth in the attached Memorandum of Law.

THE DEFENDANTS<br>
AND THE CITY OF BRIDGEPORT

By: *Barbara B. Massaro*
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Telephone #203/576-7647
Fed. Bar No. 05746

## CERTIFICATION

This is to certify that a copy of the foregoing "Motion For Protective Order or to Quash Subpoena Duces Tecum" has been mailed, postage prepaid, on this 30th day of September, 2003, to:

**Daniel Kalish, Esq.**
**Kenneth D. Heath, Esq.**
**Wiggin & Dana**
**One Century Tower**
**P.O. Box 1832**
**New Haven, CT 06508**

*Barbara B. Massaro*
Barbara Brazzel-Massaro
Commissioner of the Superior Court

BMF03093

2

**EXHIBIT A**

The plaintiff Brian Richardson asks that the Bridgeport Police Department provide the plaintiff with the following documents at the depositions (or at an earlier date):

(1) All training items (including paper, videos, or audiotapes) that have been given to Bridgeport Police Officers in the last 10 years regarding the use of force.

(2) All training items (including paper, videos, or audiotapes) that have been given to Bridgeport Police Officers in the last 10 years regarding when and how to discharge a weapon..

(3) All training items (including paper, videos, or audiotapes) that have been given to Bridgeport Police Officers in the last 10 years regarding how to execute an arrest.

(4) Any documents relating to the official policy of the Bridgeport Police Department on April 22, 2001 regarding the use of force.

(5) Any documents relating to the official policy of the Bridgeport Police Department on April 22, 2001 regarding discharging a weapon.

(6) Any documents relating to the official policy of the Bridgeport Police Department on April 22, 2001 regarding executing an arrest.