UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIAN RICHARDSON | : | CIVIL ACTION NO. |
| Plaintiff, | : | |
| v. | : | 3:01CV1719 (JCH) |
| WILLIAM MIRANDA, FRANK DELBOUNO, AND JOSE REYES | : | |
| | : | October 21, 2003 |
| Defendants. | : | |

## Motion for Extension of Time

The Plaintiff respectfully moves for an extension of time, up to and including November 4, 2003, to oppose the motion for protective order or motion to quash filed by the Defendants and City of Bridgeport on September 30, 2003 (see Ex. 1). In support of this motion, Plaintiff states as follows:

1. The parties are still in the process of having discussions to see whether they can resolve this issue without court intervention. Therefore, prior to responding to the motion to quash, Plaintiff wants to see whether the parties can come to an agreement.

2. Defendants or City of Bridgeport do not object to this motion.

Respectfully Submitted,

Plaintiff Brian Richardson

_____
Daniel Kalish (ct24350)
Kenneth D. Heath (ct23659)
WIGGIN & DANA LLP
One Century Tower