UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIAN RICHARDSON | CIVIL ACTION NO. |
| Plaintiff, | |
| v. | 3:01CV1719 (JCH) |
| WILLIAM MIRANDA, ET AL. | |
| | October 13, 2003 |
| Defendants. | |

Motion for Third Scheduling Order

Both parties in the above-entitled lawsuit hereby move this Court to provide a third scheduling order with the following deadline: Discovery pursuant to Federal Rules of Civil Procedure shall be completed by November 18, 2003. In support of this motion, the parties state as follows:

1. Although both parties intended to complete discovery by October 18, 2003, several things made it difficult to meet this deadline, including discovery disputes (two of which are currently pending before this court) as well some difficulty in obtaining permission from the correctional facility to have potential experts examine the Plaintiff.

2. The Defendants have stated that they will likely request additional time (after November 18, 2003) to depose all experts, if any, disclosed by Plaintiff. Plaintiff has no objection to Defendants obtaining more time for this purpose.

*[Handwritten annotations in margins:]*

*Motion Granted: Nov. 18, 2003 a deadline for fact discovery. Expert discovery will be closed by 12/15/03 (defendant disclosure). Expert discovery and dispositive motions due by 1/15/04. So Ordered. /s/ JCH 11/6/03*