10/29/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Janet C. Hall, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chambers Room #417

NOVEMBER 6, 2003

12:00 p.m.

STATUS CONFERENCE HELD
Date: 11/6/03

CASE NO. 3-01-cv-1719 (JCH)   Brian Richardson v. William Miranda, et al

Barbara Brazzel-Massaro
Office of the City Attorney
999 Broad St., 2nd Fl.
Bridgeport, CT 06604-4328

Daniel Kalish
Kenneth D. Heath
Wiggin & Dana
One Century Tower
265 Church Street P.O. Box 1832
New Haven, CT 06508-1832

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

**Counsel are requested to participate in this conference via telephone. This conference call is to be arranged between counsel. Once all parties are on the line, please telephone chambers at (203) 579-5554.**