UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIAN RICHARDSON | : | |
|     Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3-01-cv-1719 (JCH) |
| | : | |
| WILLIAM MIRANDA, ET AL | : | NOVEMBER 11, 2003 |
|     Defendants | : | |

**ORDER**

The court has reviewed the documents submitted in camera/ex parte by the defendants in response to the Court's October 7, 2003 Order [Dkt. No. 33].

Defendants' counsel is ordered to produce a memo from Sergeant A.J. Perez to Mayor Ganim, et al, dated August 11, 1998, re: Citizens Complaint of Mr. William [deleted]/ OIA Case 98I-261, together with the attached two page "Citizen Complaint Form." (Produced in packet with cover sheet labeled "Citizens' Complaints").

All documents ordered produced shall be received by plaintiff's counsel for use solely in this case. They may be shown to the client only on the express understanding that the information is not to be disseminated. No copy of any such document is to be given. Any pleading referring to such a document must be filed under seal.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 11th day of November, 2003.

/s/ Janet C. Hall
Janet C. Hall
United States District Court