FILED

2003 NOV 26  A 11: 45

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| BRIAN RICHARDSON | : | |
| Plaintiff, | : | CIV. NO. 3:01CV1719 (JCH) |
| vs. | : | |
| WILLIAM MIRANDA, ET AL | : | |
| Defendants | : | NOVEMBER 24, 2003 |

**NOTICE**

In accordance with the Order of the Court dated November 11, 2003, the Defendants hereby submit to the Counsel for Plaintiff, for use "solely in this case" and with no copies being disseminated, citizens complaint case #98I-261 and the accompanying two page complaint form.

THE DEFENDANTS

By: *[signature]*
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT  06604
Telephone #203/576-7647
Fed. Bar No. 05746

BMF03121

1

## CERTIFICATION

This is to certify that a copy of the foregoing "Notice" has been mailed, postage prepaid, on this 24th day of November, 2003, to:

**Daniel Kalish, Esq.**
**Kenneth D. Heath, Esq.**
**Wiggin & Dana**
**One Century Tower**
**P.O. Box 1832**
**New Haven, CT  06508**

_____
Barbara Brazzel-Massaro
Commissioner of the Superior Court

BMF03121                              2

# Citizen Complaint Form

TO BE COMPLETED BY THE PERSON MAKING THE COMPLAINT

DATE OF COMPLAINT: 3/31/98   TIIME OF COMPLAINT: 12:00 Noon

NAME: William ███   SEX: M   DATE OF BIRTH: ███

ADDRESS: ███, Bpt., CT 06604   PHONE NUMBERS: ███

| WITNESSES: | NAME/ADDRESS | SEX | AGE | PHONE NUMBER |
|---|---|---|---|---|
| 1. | Marisol ███ Wood Ave., Bpt. | F | 34 | ███ |
| 2. | Rosin ███ Wood Ave., Bpt. | F | 33 | ███ |
| 3. | Oscar ███ k Avenue, Bpt. | M | 17 | |

| OFFICERS INVOLVED: | NAME | BADGE NO. | SEX | RACE | CAR NUMBER |
|---|---|---|---|---|---|
| 1. | Officer Miranda | 913 | M | H | off duty |
| 2. | | | | | |
| 3. | | | | | |

DATE AND TIME OF INCIDENT: 3/28/98 @ 11:15pm   LOCATION OF INCIDENT: Parkwood Cafe, 316 Wood Avenue, Bpt.

WERE YOU ARRESTED?: ( X )YES ( )NO   WERE YOU INJURED?:( X )YES ( )NO

DESCRIPTION OF INJURIES: scratches and bruises to my back, neck and shoulder

DID YOU RECEIVE MEDICAL TREATMENT? ( )YES ( X )NO   IF YES, PLEASE INDICATE WHERE AND BY WHOM: ___

DESCRIPTION OF INCIDENT: (USE THE REVERSE SIDE OF THIS FORM IF MORE SPACE IS NEEDED:
I was at the Parkwood Cafe and got into an argument with someone when Miranda intervened. He was dressed in civilian clothes, he was off-duty, and it seemed as though he consumed alot of alcohol. As I walked outside from the bar to the parking lot, Miranda followed me -- (back)

I AM AWARE OF THE OBLIGATION OF AN OATH AND OF THE FACTS THAT THE KNOWINGLY GIVING OF EITHER A FALSE STATEMENT OR FALSE INFORMATION IS UNLAWFUL AND PUNISHABLE BY LAW UNDER SECTIONS 53A-155 AND/OR 53A-157 OF THE CONNECTICUT GENERAL STATUTES.

IF YOU FEEL THAT YOU NEED AID IN COMPLETING THIS FORM,, YOU MAY CONTACT ANY AGENCY INCLUDING THE NAACP AT 377-4875, THE SPANISH AMERICAN DEVELOPMENT AGENCY (SADA) AT 333-5193, OR THE PUERTO RICAN COALITION AT 368-6781.

DATE: 3/31/98   SIGNATURE: William ███

OFFICER INITIAL BELOW
COPY OF CC-1 TO CITIZEN: ___
FILE CARD COMPLETED: ___
FILE NUMBER: 980331/90

SUBSCRIBED AND SWORN TO BEFORE ME ON THIS 31 DAY OF March 19 98

___ SIGNATURE OF INDIVIDUAL TAKING OATH

OIA: DATE COMPLAINT RECEIVED: 4/8/98   CASE NUMBER ASSIGNED: 98I-261

ENCLOSURE A
FORM CC-1

REVISED: 10/1997

CITY OF BRIDGEPORT
## DEPARTMENT OF POLICE

300 CONGRESS STREET
BRIDGEPORT, CONNECTICUT 06604

HOMAS J. SWEENEY
Chief of Police



To:     Mayor Joseph P. Ganim
        Police Board President
        Chief Thomas Sweeney

From:   Sergeant Aj. Perez

Date:   August 11, 1998

Re:     Citizens Complaint of Mr. William ▓▓▓▓
       OIA Case 98I-261

Allegation     Mr. ▓▓▓▓ alleges that Officer William Miranda threaten to assault him.

Finding       Unfounded

      On March 31, 1998 Mr. William ▓▓▓▓ filed a Citizens Complaint with the Bridgeport Police Dept Office of Internal Affairs. Mr. ▓▓▓▓ case was open for investigation on July 07th, 1998. Mr ▓▓▓▓ was informed that his case had been open for investigation via Certified and Regular United States Mail. The letters requested that Mr. ▓▓▓▓ contacted the Office of Internal Affairs as to schedule an interview as is required by the Barros Decree. However Mr. ▓▓▓▓ has failed to make himself available for interview, giving us no other choice but to close his case as Unfounded.

and said "that's the best thing you should do, before I be the one that kicks your ass". He was getting me upset and I responded that he isn't going to kick anybody's ass. He then pulled up his shirt with one hand to show me his gun and he held his cellular phone with the other hand to call the police. All this time, I didn't know Miranda was a police officer because he never identified himself as one.

My wife and sister were persuading me to go home to avoid problems and as I started to do so, I saw a police car and I started running because I am on probation and I didn't want any problems with the police. That's when the policeman grabbed me and put me in the police car and as he was driving on Olive Street, Miranda was in his car and stopped us from driving any further. Then Miranda came towards the police car and opened the door and punched me behind my neck and said to me "talk all that shit now" and he pulled out his gun and pressed it against my face, he then pulled me out of the police car, threw me on the floor and began to kick me on my back and shoulder.

████████ told Miranda "you do not have to hit him" and Miranda responded "shut up or I'll kick your ass too". After he threaten ████████, my sister said to Miranda "don't worry, we'll see you in court".

There were three other officers witnessing this incident and they held him back from kicking me any further. I didn't get their names or badge numbers. They just put me back inside the police car and took me to the police station.

After I got out on bond, I found out that Miranda was a police officer and I was given his badge number. I feel what Officer Miranda did was very unjust.