UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 NOV 24 P 3:19

BRIAN RICHARDSON :
    Plaintiff :
 : CIVIL ACTION NO.
v. : 3-01-cv-1719 (JCH)
 :
WILLIAM MIRANDA, ET AL : NOVEMBER 24, 2003
    Defendants :

## RULING [ DKT. NO. 34]

The defendants and the City of Bridgeport moved for a protective order or to quash a subpoena duces tecum served on the City by the plaintiff. This subpoena is one of two subpoenas served on the City; the other subpoena has been the subject of a Ruling by this court already. (Dkt. No. 33). To date, the plaintiff has not filed an opposition to this motion.

After reviewing the motion and memorandum of the City and defendants and reviewing the description of the documents sought in connection with the subpoena at issue, the court grants the motion in part and denies it in part as follows:

With respect to the documents sought in paragraph 1, the request is limited to three years prior to the date of the incident involved in the lawsuit.

With respect to the documents sought in paragraph 2, the request is limited to a period of four years prior to the date of the incident involved in the lawsuit.

With respect to the documents sought in paragraph 3, the court grants the Motion to Quash. The execution of an arrest, to the extent that covers the scope of a topic broader

- 1 -

than "the use of force" and "when and how to discharge a weapon" does not appear to be likely to lead to admissible evidence in connection with the incident involved in the lawsuit.

The court denies the Motion to Quash, in part, with respect to paragraphs 4, 5 and 6, and orders that the defendants shall produce the documents relating to the official policy of the Department on the date of the incident regarding the "use of force" and "discharging a weapon." With respect to "executing an arrest," the Motion to Quash is granted. To the extent the City, or defendants, have, as suggested by defense counsel, already produced copies of such documents, then further production is not necessary.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 24th day of November, 2003.

_____
Janet C. Hall
United States District Judge