FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT  A 11: 53

US DIST
BRI

| | | |
|---|---|---|
| BRIAN RICHARDSON | : | |
| **Plaintiff,** | : | CIV. NO. 3:01CV1719 (JCH) |
| vs. | : | |
| WILLIAM MIRANDA, ET AL | : | |
| **Defendants** | : | FEBRUARY 3, 2004 |

## MOTION FOR EXTENSION OF TIME OF THE
## SCHEDULING ORDER AS TO EXPERTS AND DEPOSITIONS

Pursuant to Rule 16 and Local Rule 9, the Defendants, William Miranda, et al, respectfully request that the Court extend the Scheduling Order for the purpose of completing the deposition of the Plaintiff's experts and to disclose an expert concerning the Plaintiff's claim of Post Traumatic Stress Disorder until 30 days after the Plaintiff is available to meet and be analyzed by a Doctor selected by the Defendants to review the claim of Post Traumatic Stress Disorder.

The Defendants have discussed this request with counsel for the Plaintiff in an effort to schedule a time with their physician. To date, there is no set date; however, it is expected that within the month of February this will be completed. Until the Defendants have had an opportunity to have the Plaintiff analyzed and received a report, they cannot determine if they will need to disclose an expert for purposes of trial.

BMF04022                              1

Counsel for the Plaintiff has been notified of such a request for an extension and has not taken a position.

Pursuant to the Local Rule, the Defendants indicate that this is the Defendant's first Motion for Extension of Time for the Scheduling Order.

THE DEFENDANTS

By: /s/ Barbara B. Massaro
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Tel: #203/576-7647
Fed. Bar #05746

## CERTIFICATION

This is to certify that a copy of the foregoing "Motion for Extension of Time of the Scheduling Order as to Experts and Depositions" has been sent via certified mail, return receipt requested, on this 3rd day of February, 2004, to:

**Daniel Kalish, Esq.**
**Kenneth D. Heath, Esq.**
**Wiggin & Dana**
**One Century Tower**
**P.O. Box 1832**
**New Haven, CT 06508**

/s/ Barbara B. Massaro
Barbara Brazzel-Massaro
Commissioner of the Superior Court