CT/cvjysel (January 18, 2002)

HONORABLE **HALL**
DEPUTY CLERK **BOROSKEY**   RPTR/ERO/TAPE **FIANZA**

TOTAL TIME: ___ hours **20** minutes

DATE **2-24-04**   START TIME **3:10**   END TIME **3:30**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**RICHARDSON**

vs.

**MIRANDA**

CIVIL NO. **3:01CV1719JCH**
§
§   **K. HEATH  D. KALISH**
§       Plaintiffs Counsel
§  ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§       **B. MASSARO**
§       Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☑ ......  ☑ (call./h) Call of the Calendar held  ☐ (call./set) Call of the Calendar over to _____

☐ ......  ☐ (jyselect./h) Jury Selection held  ☐ Jury Selection continued until _____

☑ .... #**44**  Motion **TO EXT TIME TO DEPOSE** _____  ☑ granted ☐ denied ☐ advisement

☐ .... # ___  Motion _____  ☐ granted ☐ denied ☐ advisement

☐ .... # ___  Motion _____  ☐ granted ☐ denied ☐ advisement

☐ .... # ___  Motion _____  ☐ granted ☐ denied ☐ advisement

☐ ......  ~~ORAL M~~ _____  ☐ filed ☐ docketed

☐ ......  _____  ☐ filed ☐ docketed

☐ ......  _____  ☐ filed ☐ docketed

☐ ......  _____  ☐ filed ☐ docketed

☐ ......  _____  ☐ filed ☐ docketed

☐ ......  _____ # jurors present

☐ ......  Voir Dire oath administered by Clerk ☐ previously administered by Clerk

☐ ......  Voir Dire by Court

☐ ......  Peremptory challenges exercised (See attached)

☐ ......  Jury of ___ drawn (See attached) ☐ and sworn ☐ Jury Trial commences

☐ ......  Remaining jurors excused

☐ ......  Discovery deadline set for _____

☐ ......  Disposition Motions due _____

☐ ......  Joint trial memorandum due _____

☐ ......  Trial continued until _____ at _____

☐ COPY TO: JURY CLERK