UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIAN RICHARDSON | : |
| Plaintiff, | : CIV. NO. 3:01CV1719 (JGH) |
| vs. | : |
| WILLIAM MIRANDA, ET AL | : |
| Defendants | : FEBRUARY 3, 2004 |

**MOTION FOR EXTENSION OF TIME OF THE
SCHEDULING ORDER AS TO EXPERTS AND DEPOSITIONS**

Pursuant to Rule 16 and Local Rule 9, the Defendants, William Miranda, et al, respectfully request that the Court extend the Scheduling Order for the purpose of completing the deposition of the Plaintiff's experts and to disclose an expert concerning the Plaintiff's claim of Post Traumatic Stress Disorder until 30 days after the Plaintiff is available to meet and be analyzed by a Doctor selected by the Defendants to review the claim of Post Traumatic Stress Disorder.

The Defendants have discussed this request with counsel for the Plaintiff in an effort to schedule a time with their physician. To date, there is no set date; however, it is expected that within the month of February this will be completed. Until the Defendants have had an opportunity to have the Plaintiff analyzed and received a report, they cannot determine if they will need to disclose an expert for purposes of trial.

BMF04022                                                    1