UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIAN RICHARDSON,<br><br>               Plaintiff,<br><br>v.<br><br>WILLIAM MIRANDA, ET AL.,<br><br>               Defendants. | CIVIL ACTION NO.<br><br>3:01CV1719 (EBB) |

### Notice of Appearance

TO:       The Clerk of the Court:

AND TO:   All Parties and Their Counsel of Record:

     PLEASE TAKE NOTICE of the appearance in this litigation of plaintiff Brian Richardson by and through the undersigned counsel. Copies of all documents and pleadings with regard to this litigation, with the exception of original process, are to be served on the undersigned counsel.

     DATED: December 6, 2004.

_____
Daniel Kalish (ct 24350)
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206-359-8000
Fax: 206-359-9000
E-mail: DKalish@perkinscoie.com

Attorneys for Plaintiff
Brian Richardson

## CERTIFICATE OF SERVICE

On December 6, 2004, I caused to be served upon counsel of record, at the address stated below, via the method of service indicated, a true and correct copy of the following documents:

Barbara Brazzel-Massaro, Esq.
City Attorney's Office, City of Bridgeport
999 Broad Street
Bridgeport, CT 06604

|     |                              |
| --- | ---------------------------- |
| __  | Via hand delivery            |
| X   | Via U.S. Mail, 1st Class, Postage Prepaid |
| __  | Via Overnight Delivery       |
| __  | Via Facsimile                |
| __  | Via E-filing                 |

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED at Seattle, Washington, this 6th day of December, 2004.

_____
Daniel Kalish