UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIAN RICHARDSON : | CIVIL ACTION NO. |
| Plaintiff, : | |
| : | 3:01CV1719 (EBB) |
| v. : | |
| : | |
| WILLIAM MIRANDA, ET AL. : | |
| : | January 4, 2005 |
| Defendants. : | |

## PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

Plaintiff Brian Richardson offers the following proposed questions for voir dire of prospective jurors, currently scheduled for January 11, 2004:

1. Are you acquainted or familiar with any of the following attorneys or law firms? If so, please explain:

    Daniel Kalish
    Kenneth D. Heath
    Wiggin and Dana LLP
    Perkins Coie LLP
    Barbara Brazzel-Massaro
    Office of the City Attorney for Bridgeport, Connecticut

2. Are you acquainted with any of the following persons who may testify as witnesses in this case? If so, please explain:

    Plaintiff Brian Richardson, currently an inmate at Osborn Correctional Facility in Somers
    Jahi Foster-Bey, currently residing in Bridgeport
    Joseph Sancho, currently residing in Plainfield, NJ

    From the Bridgeport Police department:
    Defendant Jose Reyes
    Defendant Frank Delbouno
    Defendant William Miranda
    William Mayer

    Dr. Norman Werdiger, a neurologist in New Haven

Dr. David Reed Johnson, of the Post-Traumatic Stress Center in New Haven
Dr. Robert Ostroff, of the Spectrum Psychiatric Group in Hamden

3. Do you have any feelings toward the parties or the attorneys that would affect your ability to be fair and impartial? Please explain.

4. Are you employed? If so, by whom and how long? Also, please briefly describe your duties in your job or profession.

5. What is your prior work experience, if any?

6. If you are married, what is the occupation of your spouse? If you have grown children, what are their occupations, if any?

7. How many years of schooling, including high school and college, have you completed? What educational degrees, if any, do you hold?

8. If you are married, what is the educational background of your spouse? If you have children, what are their educational backgrounds?

9. Have you or any persons close to you ever been employed as a police officer or corrections officer?

10. Do you know anyone who works for the Bridgeport Police Department or whose immediate family members work for the Bridgeport Police Department?

11. Do you know anyone who works for the City of Bridgeport? If so, in what capacity?

12. The plaintiff has brought claims against various police officers of the Bridgeport Police Department. The plaintiff alleges that these officers used excessive force and acted unreasonably when they apprehended the plaintiff following a robbery in April of 2001. The plaintiff is currently in prison. Based on what I have told you about this case, is there any reason why you feel you should not serve as a juror in this case?

13. Prior to my remarks to you this morning, had you ever heard of this case? If so, please explain.

14. Do you believe that police officers are entitled to use whatever force they feel is needed to apprehend a criminal suspect, and that this use of force is always reasonable and never excessive?

15. Do you believe police officers are always justified in shooting at a moving vehicle that fails to stop upon an officer's command that the vehicle pull over?

16. Do you have any strong feelings about allegations or claims of excessive force against

police officers? If so, please explain.

17. Do you have any technical expertise – from your own experience, training, or any other source, about the procedures used by police in making arrests? If so, please explain.

18. Do you feel for any reason that citizens who believe that they have been treated illegally and unfairly should not bring suit against police officers? If so, please explain.

19. Have you or any member of your family taken any course in the law or received legal training? If so, describe the course taken or the nature of the legal training.

20. Have you or anyone close to you ever been a victim of a crime? Please explain.

21. The plaintiff is currently serving a prison sentence. Would this fact make it difficult for you to render a verdict in favor of the plaintiff, or to award the plaintiff damages? Do you have any bias for or against the plaintiff merely because he is serving a prison sentence?

22. Have you ever been sued? Is so, please describe. Would this experience influence your attitude in this case?

23. Have you ever been arrested? If so, please describe. Would that experience influence your attitude in this case?

24. The defendants in this case are police officers. Do you have any bias for or against the defendants merely because they are police officers?

25. Other things being equal, would you tend to trust or believe the testimony of a police officer over that of an ordinary citizen merely because the testimony came from a police officer?

26. Do you accept the fact that your verdict must be based solely upon the evidence presented in this court and the law and that any personal opinions you may have as to facts from any other source cannot be considered by you as a basis for your verdict?

27. Do you have any personal opposition to the requirement that you, as a juror, must follow the instructions of the court as to the law even if you believe that those instructions do not properly state the law, or that the law is wrong?

28. Is there anything about this lawsuit that makes you feel uncomfortable about serving as a juror?

29. Is there anything about your state of mind that would cause you to feel that a person in your state of mind cannot be fair?

30. Does your background or experience make you feel that you have some interest in the

outcome of this case?

31. In addition to claiming damages for his physical injuries, the plaintiff in this case is seeking damages for mental and emotional distress. Do you have any strong feelings about the appropriateness of awarding damages for emotional injuries? Would you have difficulty entering an award for emotional distress, even if a plaintiff proved he had suffered such an injury and the court instructed you that the law entitled such a plaintiff to monetary damages?

Respectfully submitted,

/s/ *signature*

Kenneth D. Heath (ct23659)
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT  06508-1832
Tel.: (203) 498-4400
Fax: (203) 782-2889
E-mail: kheath@wiggin.com

Daniel Kalish (ct 24350)
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone: (206) 359-8000
Fax: (206) 359-9000
E-mail: DKalish@perkinscoie.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

On January 4, 2005, I caused to be served upon the following counsel of record, at the address stated below, via the method of service indicated, a true and correct copy of the foregoing:

Barbara Brazzel-Massaro, Esq.
City Attorney's Office, City of Bridgeport
999 Broad Street
Bridgeport, CT 06604

|  | |
|---|---|
| ___ | Via hand delivery |
| _X_ | Via U.S. Mail, 1st Class, Postage Prepaid |
| ___ | Via Overnight Delivery |
| _X_ | Via Facsimile |
| ___ | Via E-filing |

I certify under penalty of perjury under the laws of the State of Connecticut that the foregoing is true and correct.

DATED at New Haven, CT, this 4th day of January, 2005.

_____
Kenneth D. Heath (ct23659)