UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIAN RICHARDSON, | CIVIL ACTION NO. |
| Plaintiff, | 3:01CV1719 (EBB) |
| v. | |
| WILLIAM MIRANDA, ET AL., | |
| Defendants. | |

## MOTION FOR WRIT OF HABEAS CORPUS

The Plaintiff Brian Richardson moves this Court to issue a writ of habeas corpus to the Warden of Osborne Correctional Institute to allow Mr. Richardson to attend trial in the above-captioned matter. The trial in this case is scheduled for February 1, 2005 to February 4, 2005. Mr. Richardson is currently incarcerated at Osborne Correctional Institute and, therefore, needs a writ to attend trial as well as to testify. A proposed writ has been attached.

DATED: January 4th, 2005

Kenneth D. Heath (ct 26359)
WIGGIN AND DANA LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
Tel: 203-498-4400
Fax: 203-782-2889
kheath@wiggin.com

Daniel Kalish (ct 24350)
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206-359-8000
Fax: 206-359-9000
E-mail: DKalish@perkinscoie.com

Attorneys for Plaintiff
Brian Richardson

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIAN RICHARDSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WILLIAM MIRANDA, ET AL.,<br><br>　　　　　Defendants. | CIVIL ACTION NO.<br><br>3:01CV1719 (EBB) |

### [PROPOSED] WRIT OF HABEAS CORPUS

The Honorable Ellen B. Burns of the United States District Court, District of Connecticut, hereby issues this writ to the Warden of Osborne Correctional Institute to produce Brian Richardson (inmate # 285663) to allow him to attend trial in the above-captioned matter.

The warden shall produce Mr. Richardson on the following day and times:

| | |
|---|---|
| February 1, 2005 | 10:00 a.m. to 5:00 p.m. |
| February 2, 2005 | 10:00 a.m. to 5:00 p.m. |
| February 3, 2005 | 10:00 a.m. to 5:00 p.m. |
| February 4, 2005 | 10:00 a.m. to 5:00 p.m. |

Brian Richardson shall be brought to the following courtroom:

United States District Court, District of Connecticut
Courtroom # 3
141 Church Street
New Haven, CT 06510

So Ordered.

Date                                            The Honorable Ellen B. Burns

_____                                     _____

## CERTIFICATE OF SERVICE

On January 11th, 2004, I caused to be served upon counsel of record, at the address stated below, via the method of service indicated, a true and correct copy of the following documents:

Barbara Brazzel-Massaro, Esq.
City Attorney's Office, City of Bridgeport
999 Broad Street
Bridgeport, CT 06604

    **X**    Via hand delivery
    ___    Via U.S. Mail, 1st Class, Postage Prepaid
    ___    Via Overnight Delivery
    ___    Via Facsimile
    ___    Via E-filing

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED at New Haven, CT, this 11th day of January, 2004.

_____
Daniel Kalish