UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIAN RICHARDSON :
Plaintiff, : CIV. NO. 3:01CV1719 (EBB)
vs. :
OFFICER WILLIAM MIRANDA, ET AL :
Defendants : JANUARY 21, 2005

## AMENDED TRIAL MEMORANDUM

## I. TRIAL COUNSEL

**For the Plaintiff**
**Kenneth D. Heath, Esq.**
**Daniel Kalish, Esq.**
**Wiggin & Dana**
**One Century Tower**
**P.O. Box 1832**
**New Haven, CT 06508**

**For the Defendants**
Barbara Brazzel-Massaro, Esq.
Office of the City Attorney
999 Broad Street, 2nd Floor
Bridgeport, CT 06604

## II. JURISDICTION

See Plaintiff's Complaint

## III. JURY CASE

## IV. NATURE OF CASE

The Plaintiff, Brian Richardson, alleges that the Defendant police officers used excessive force during the course of his arrest on April 22, 2001.

## V. STIPULATION OF FACTS

1. The Plaintiff, Brian Richardson, was charged with Robbery 1st, Destruction of Evidence, Interfering with a Police Officer, and Threatening.

2. The Defendants are police officers for the City of Bridgeport and, on April 22, 2001, were acting as police officers and under color of law.

## VI. PLAINTIFF'S CONTENTIONS

Plaintiff contends the Defendants violated his constitutional rights as well as they were negligent and assaulted him. He contends their action caused emotional distress. Plaintiff contends that the treatment by Officers Miranda and Delbouno caused him to suffer physical injuries requiring staples and/or stitches. He states he received and bruises and contusions as a result of their improper use of force. He further alleges that the way they treated him caused him emotional distress. As to Police Officer Jose Reyes, the Plaintiff contends he wrongfully discharged his weapon causing a bullet or bullets to hit the car in which he was a passenger.

## VII. DEFENDANTS' CONTENTIONS

The police officers contend that they were involved in a pursuit that was initiated after they learned about an armed robbery at a restaurant. The owner began the pursuit of the people who robbed him in his own vehicle. The Defendant, Reyes, contends he was out of his police car when he saw the car in which the Plaintiff was a passenger mount the sidewalk and drive towards him in an effort to hit him. Officer Reyes fired at the car in an effort to protect himself. The Defendant police officers, Miranda and Delbouno, contend that they engaged in a foot pursuit of the suspects, who had run from the car after it collided with a fence, and found the Plaintiff jumping over fences in a backyard. Officers Miranda and Delbouno applied only the amount of force necessary to subdue Mr. Richardson as he struggled with them in this backyard to escape. They utilized reasonable force to subdue, cuff, and take Mr. Richardson to their car to transport to the Bridgeport Police Department.

The officers provided medical care through the EMS providers to the Plaintiff at the Bridgeport Police Department and then to the hospital.

None of the Defendants were involved in the booking procedure after the Plaintiff was taken to the Bridgeport Police Department. Once in the Bridgeport Police Department, the Defendants had no contact with the Plaintiff.

## VIII. LEGAL ISSUES

1. Did the Defendants utilize objectively reasonable force in subduing and arresting the Plaintiff?

2. Did the Defendants engage in any joint activity that would create liability?

3. Are the Defendants immune from liability?

4. If there is a finding of any liability, are the damages alleged by the Plaintiff proximately caused by the arrest?

## IX. DEFENDANTS' LIST OF WITNESSES

1. Police Officer David Neary, 300 Congress Street, Bridgeport, CT

   Officer Neary may testify about his involvement in preparing the Accident Report

2. Sergeant Peter Gelozin, 300 Congress Street, Bridgeport, CT

   Sergeant Gelozin may testify as to his knowledge of events and as a supervisor.

3. Police Officer William Miranda, 300 Congress Street, Bridgeport, CT

   Police Officer Miranda may testify as to the events on April 22, 2001 that culminated in a chase of the Plaintiff and subsequent arrest and discovery of evidence.

4.     Police Officer Frank Delbouno, 300 Congress Street, Bridgeport, CT

       Police Officer Delbouno may testify as to the events on April 22, 2001 that culminated in a chase of the Plaintiff and subsequent arrest and discovery of evidence.

5.     Manuel Texeira, 560 Amsterdam Avenue, Bridgeport, CT

       Mr. Texeira may testify as to the events of April 22, 2001 involving the robbery and the pursuit of the individuals who robbed his restaurant. He may testify as to his position as a victim of a crime and describe who came in to the restaurant and what they did.

6.     Police Officer Hugh Tobin, 300 Congress Street, Bridgeport, CT

       Police Officer Tobin may testify as to his involvement in the pursuit of the individuals who robbed Solomar's Restaurant and the events which led to the apprehension of three of the individuals after their car stopped and they attempted to escape.

7.     Police Officer Gilberto Del Valle, 300 Congress Street, Bridgeport, CT

       Police Officer Gilberto may testify as to his involvement in the pursuit of the individuals who robbed Solomar's Restaurant and the events which led to the apprehension of three of the individuals after their car stopped and they attempted to escape.

8.     Police Officer Raymond Long, 300 Congress Street, Bridgeport, CT

       Police Officer Long may testify as to his involvement in the pursuit of the individuals who robbed Solomar's Restaurant and the events which led to the apprehension of three of the individuals after their car stopped and they attempted to escape.

9.     Police Officer Daniel Gerardi, 300 Congress Street, Bridgeport, CT

       Police Officer Gerardi may testify as to his involvement in the pursuit of the individuals who robbed Solomar's Restaurant and the events which

led to the apprehension of three of the individuals after their car stopped and they attempted to escape.

10. Police Officer Edward Rivera, 300 Congress Street, Bridgeport, CT

Police Officer Rivera may testify as to his involvement in the pursuit of the individuals who robbed Solomar's Restaurant and the events which led to the apprehension of three of the individuals after their car stopped and they attempted to escape.

11. Darnell Gibson, 117 Colony Street, Bridgeport, CT

Mr. Gibson may testify as to the events of April 22, 2001 and his part in the robbery and subsequent escape.

12. Fernando Correrra, 349 Harral Avenue, Bridgeport, CT

Mr. Correrra may testify as to the robbery and the identity of the people involved in the robbery and their actions.

13. Detective Heitor Teixeira, 300 Congress Street, Bridgeport, CT

Detective Teixeira may testify as to his investigation into the events of April 22, 2001 that led to the arrest of the Plaintiff.

14. Sergeant Eddie Correa, 300 Congress Street, Bridgeport, CT

Sergeant Correa may testify as to his involvement in the investigation involving the Plaintiff and the events of the evening of April 22, 2001 and his direct involvement.

15. Police Officer Pasquale Feola, 300 Congress Street, Bridgeport, CT

Officer Feola may testify as to his pursuit and involvement of the individuals who robbed Solomar's and the apprehension of the individuals.

16. Sergeant Jose Reyes, 300 Congress Street, Bridgeport, CT

    Sergeant Reyes may testify as to his involvement in the pursuit and attempt apprehension of the individuals who robbed Solomar's Restaurant.

17. Police Officer Anthony Perez, 300 Congress Street, Bridgeport, CT

18. Keeper of Records, Bridgeport Police Department, 300 Congress Street, Bridgeport, CT

    May testify as to the records in the Bridgeport Police Department regarding the booking records and the incident and arrest reports of Mr. Richardson.

19. Dr. Robert Ostroff, Washington Street, Hamden, Connecticut

    May testify consistent with his expert report.

20. Dr. Leane Pioli, 1495 Black Rock Turnpike, Fairfield, Connecticut

    May testify as to testing provided to Mr. Richardson, the results and interpretation.

21. Marcella Goodwin, Adult Probation Department, Judicial Department Superior Court, 1061 Main Street, Bridgeport, Connecticut

    May testify as to the interview of Mr. Richardson and report to Court.

22. Marc Feldmeier, Physician's Assistant at Bridgeport Hospital, 267 Grant Street, Bridgeport, CT

    May testify as to treatment of Mr. Richardson on April 22, 2001.

23. Retired Police Officer Wayne Martucci, 300 Congress St, Bridgeport, CT

    May testify as to his prior involvement with Mr. Brian Richardson.

24. Representative of AMR or AMR employee Lavalla, No. 5463 or Riccitelli #5026, E. Washington Avenue, Bridgeport, Connecticut

    May testify as to the call for service and the involvement with assessing and transporting Mr. Richardson on April 22, 2001.

25. Ardell Blake, 450 Park Avenue, Bridgeport, CT

    He may testify as to his association with Brian Richardson.

26. Jorge Gonsalves, 165 Macon Drive, Bridgeport, CT

    Mr. Gonsalves may testify as to the robbery and the identity of the people involved in the robbery and their actions.

27. Sergeant John Whalen, 300 Congress Street, Bridgeport, CT

    May testify as to his involvement in the events of April 22, 2001 as a supervisor and in assisting in the booking of Mr. Richardson on April 22-23, 2001.

## X.  LIST OF EXHIBITS

1. Photographs of area of Laurel, Elmwood and Hazelwood Avenue.

2. Photographs of the automobile that Plaintiff had been a passenger in prior to his arrest.

3. A copy of the tape of the CAD transmission on the evening of the arrest beginning at the time of a call by Officer Feola as he began following the car up until the arrest of the Plaintiff.

4. Photographs of Plaintiff on April 23, 2001 and June 21, 2001 at Bridgeport Police Department.

5. Prior criminal record of Brian Richardson.

6. Records of Southern Nash High School.

7. Records of Eastern Carolina State College.

8. PSI Report of Richardson.

9. Six (6) Aerial photographs of the perimeter of Laurel, Hazelwood, Elmwood and Wood Avenues.

10. AMR report dated April 23, 2001, Disp. No. 389 0800.

11. Map of the City of Bridgeport regarding the area of Laural, Elmwood and Hazelwood Avenues.

12. Criminal Transcripts of May 22, May 29, Aug 3, Nov. 21 and Nov. 27, 2001 re: Brian Richardson.

13. Videotape of area involved in the foot pursuit and the car pursuit of April 22, 2001.

14. Portions of the deposition transcript of Brian Richardson.

15. Letter from Brian Richardson to the court re: sentencing.

16. Incident Report 010324309 dated March 24, 2001 regarding theft of weapon.

17. Bridgeport Police Department Inventory Sheet for Brian Richardson.

18. Telephone request of Brian Richardson on April 23, 2001.

19. Police Department UAR Report of Brian Richardson.

**XI. DEPOSITION TESTIMONY**

Portions of the Deposition of Brian Richardson.

**XII. JURY INSTRUCTIONS**

Attached

**XIII. ANTICIPATED EVIDENTIARY PROBLEMS**

The Defendants anticipate submitting Motions in Limine to address the following:

1. Preclude admission of medical records that have not been provided to counsel and of any injuries that have not been disclosed as proximately caused by the Defendants in this action;

2. Preclude admission of any reference to statements by three individual who allege to have been present during the arrest and preclude them from testifying.

3. Preclude any evidence from the personnel file or Internal Affairs files of the Defendant police officers and, in particular, the OIA file #98I-261 provided to Plaintiff's counsel.

4. Preclude the Firearms Discharge Report of the Bridgeport Police Department.

5. Preclude testimony as to opinions of Detective Mayer regarding the entry or trajectory of any bullets which hit the automobile driven by Jahi Foster on April 22, 2001.

6. Motion to Preclude the introduction of Mr. Joseph Sancho because of late disclosure and he was not responsive to a telephone call or deposition subpoena.

**XIV. PROPOSED FINDINGS AND CONCLUSIONS**

Not Applicable

**XV. TRIAL TIME**

Four days

**XVI. FURTHER PROCEEDINGS**

None known at the present time.

**XVII. ELECTION FOR TRIAL BY MAGISTRATE**

The Defendants have no objection to trial by Magistrate.

THE DEFENDANTS

By: ____________________

Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Tel: #203/576-7647; Fed. Bar #05746

**CERTIFICATION**

This is to certify that a copy of the foregoing "Amended Trial Memorandum has been mailed, postage prepaid, on this 21ST day of January, 2005, to:

**Kenneth D. Heath, Esq.**
**Wiggin & Dana**
**One Century Tower**
**P.O. Box 1832**
**New Haven, CT 06508**

**Daniel Kalish, Esq.**
**Perkins Coie LLP**
**1201 Third Avenue, Suite 4800**
**Seattle, WA 98101-3099**

Barbara Brazzel-Massaro