UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIAN RICHARDSON | : | |
| Plaintiff, | : | CIV. NO. 3:01CV1719 (EBB) |
| vs. | : | |
| WILLIAM MIRANDA, ET AL | : | |
| Defendants | : | JANUARY 21, 2005 |

### NOTICE OF MANUAL FILING

Please take notice that the Defendant has manually filed the following document:

### "AMENDED TRIAL MEMORANDUM"

☒ This document has not been filed electronically because:
  the document cannot be converted to an electronic format
☐ the electronic file size of the document exceeds 1.5 megabytes
☐ the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
☐ Defendant is excused from filing this document by Court order

The document has been manually served on all parties.

THE DEFENDANTS

By: _____
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Tel: #203/576-7647 / Fed. Bar #05746

BMF05002                          1

## CERTIFICATION

This is to certify that a copy of the "Notice of Manual Filing" has been mailed, postage prepaid, on this 21ST day of January, 2005, to:

Kenneth D. Heath, Esq.
Wiggin & Dana
One Century Tower
P.O. Box 1832
New Haven, CT  06508

Daniel Kalish, Esq.
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099

_____
Barbara Brazzel-Massaro

BMF05002                                2