UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIAN RICHARDSON         :
        Plaintiff,    :
                                            :   CIV. NO. 3:01CV1719 (EBB)
vs.                      :
WILLIAM MIRANDA, ET AL   :
        Defendants    :   JANUARY 21, 2005

## MOTION IN LIMINE

The Defendants respectfully request that the Court preclude the testimony of Joseph Sancho at the time of trial for the following reasons:

On August 24, 2004, the Defendants received three letters from the Plaintiff allegedly supporting portions of his legal claims against the Defendants. The Plaintiff indicated he intended to call for testimony the three persons. On or about August 31, 2004, the Defendants' counsel, through an investigator, attempted to obtain addresses or other information to contact the individuals who wrote the letters. Through investigation, the Defendants could not locate any of the three individuals. The Defendants informed the Plaintiff of this problem. By letter dated November 8, 2004, the Plaintiff provided one address only for Mr. Sancho. Mr. Sancho's address was given as 285 Terrill Road, Plainfield, New Jersey (Exhibit A). The Defendants immediately, through their investigator, attempted to contact Mr. Joseph Sancho (Exhibit B – Affidavit). On or about November 15, 2004, Detective Joseph Gallagher called the telephone number provided by the Plaintiff and was able to speak with a

BMF04183

1

person who identified himself as Joseph Sancho (Exhibit B). The only reply by Mr. Sancho concerning his disclosure as a witness was that his lawyer told him he doesn't have to speak to anyone. The investigator could not obtain any information.

As a result of the refusal to talk to the Defendants, they prepared a Notice of Deposition and a Subpoena dated November 17, 2004, along with the appropriate fees for his deposition (Exhibit C). The Defendants, through their investigator, attempted to serve the subpoena and were unsuccessful. the attempt to serve was with the presence of the Plainfield Police Department. After attempts to locate Mr. Sancho including confirming his presence at the home with a neighbor, the investigator left the notice, subpoena and fees to be served with the Police Department who agreed to try to effect service. Police Officers attempted three (3) times, on November 18 and again on November 19, 2004, to serve. They were unsuccessful and returned the subpoena and the check for fees to the City Attorney's Office.

Defendants contacted Plaintiff's counsel on November 30, 2004 to apprise them of the difficulty in contacting him and to indicate that if he did not cooperate they would submit (Exhibit C) a motion to preclude his testimony (Exhibit D).

The Defendants, to this date, have been unable to talk to Mr. Sancho although Plaintiff's counsel indicated they had a long discussion with him. Therefore, the Defendants request that the court preclude him from testifying.

THE DEFENDANTS

By: *Barbara B. Massaro*
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Tel: #203/576-7647
Fed. Bar #05746

## CERTIFICATION

This is to certify that a copy of the foregoing "Motion In Limine" has been sent via certified mail, return receipt requested, on this 21ST day of January, 2005, to:

**Kenneth D. Heath, Esq.**
**Wiggin & Dana**
**One Century Tower**
P.O. Box 1832
New Haven, CT 06508

**Daniel Kalish, Esq.**
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099

*Barbara B. Massaro*
Barbara Brazzel-Massaro

BMF04183

3

Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, Connecticut
06508-1832
www.wiggin.com

Daniel Kalish
203.498.4579
203.782.2889 fax
dkalish@wiggin.com

# WIGGIN AND DANA

*Counsellors at Law*

VIA FAX 203-576-8252

November 8, 2004

Barbara Brazzel-Massaro
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604-4328

Re:   *Brian Richardson v. William Miranda et al.*

Dear Ms. Brazzel-Massaro:

I am writing to provide you with contact information for Joseph Sancho, one of the individuals who signed a statement on behalf of Brian Richardson. He can be reached at 285 Terrill Road, Plainfield, NJ 07062 (phone: 908-756-6263). As of this letter, I have exchanged phone messages with Mr. Sancho but have had no other communications with him, although I am still trying to contact him. I have been unable to uncover any contact information on the other two affiants, Eric Bates and Robert Johnson, neither of whom appears still to be in the Connecticut prison system. When and if I do find their contact information, I will forward it to you pursuant to our continuing duty to respond to discovery; I would appreciate it if you would do likewise.

In addition, I plan to notice the deposition of your expert in the coming weeks. Please let me know of any dates on which you and/or he will not be available.

Finally, it might be appropriate for us to schedule a phone conference with Judge Burns to discuss the trial date (currently December 14) and any other open matters in the case. If you have any open dates in the near future, please let me know and I can call her chambers to set up a conference.

Sincerely,

Kenneth D. Heath

cc:   Dan Kalish, Esq.

*New Haven   Stamford   New York   Hartford   Philadelphia*


EXHIBIT B

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

BRIAN RICHARDSON           :
       Plaintiff,   :
vs.                        :   CIV. NO. 3:01CV1719 (EBB)
                     :
WILLIAM MIRANDA, ET AL     :
       Defendants   :   JANUARY 21, 2005

## AFFIDAVIT

I, Joseph Gallagher, being duly sworn, hereby depose and say:

1. I am over the age of 18 and believe in the obligation of an oath.

2. I am a police officer employed by the City of Bridgeport.

3. I am presently assigned as a Detective to the Corporation Counsel's office for the City of Bridgeport.

4. As a part of my job responsibilities, I locate witnesses and talk to them regarding various types of civil actions involving the city and/or its employees.

5. In early September, 2004, I was requested to find addresses for three individuals disclosed as witnesses in the case of <u>Richardson v. Miranda</u>. I attempted to obtain a current address for Mr. Joseph Sancho but could not locate him.

6. On or about November 9, 2004, I was provided an address and a telephone number for Joseph Sancho.

BMF05008                          1

7. I called the telephone number and was able to get a person who indicated he was Joseph Sancho to talk to me.

8. I asked Mr. Sancho to tell me what happened on the evening of April 22, 2001, which was the date of the incident in the complaint.

9. Mr. Sancho would not talk to me and stated that his attorney told him he did not have to talk to me.

10. On November 18, 2004 I traveled to New Jersey to serve a subpoena and deposition notice to Mr. Sancho.

11. I went to the house of the address provided by counsel and learned that it was 284, not 285. Mr. Sancho was not there.

12. I wanted to serve him but after a period of time he did not return so I requested that a police officer form Plainfield serve him.

13. I left the subpoena, notice of deposition and fees for service of the subpoena.

14. I received the paperwork back with the notation of attempted service three (3) times on November 18, 2004 and again on November 19, 2004 with no success.

_____
Joseph Gallagher

Sworn and subscribed before me this 21st day of January, 2005

_____
Barbara Brazzel-Massaro
Commissioner of the Superior Court

**EXHIBIT C**

| TREASURER OF CITY OF BRIDGEPORT | | | 51-57/119 | **90179649** |
|---|---|---|---|---|
| BRIDGEPORT, CONN. | CHECK NO. | DATE | | AMOUNT |
| | 00090179649 | 11/17/04 | | ***108.00** |

PAY TO THE ORDER OF    ***ONE HUNDRED EIGHT DOLLARS AND 00/100***

JOSEPH SANCHO
285 TERRILL ROAD
PLAINFIELD, N.J. 07062

*Sharon A. Lender* [signature]

**Fleet Bank**  Hartford, Connecticut

⑇90179649⑇  ⑇011900571⑇  005616 2⑇

**TREASURER OF CITY OF BRIDGEPORT**
BRIDGEPORT, CONN.

| | CHECK NO. | DATE | 51-57/119 | **90179649** AMOUNT |

00090179649    11/17/04    ***108.00***

AY TO THE ORDER OF    ***ONE HUNDRED EIGHT DOLLARS AND 00/100***

JOSEPH SANCHO
285 TERRILL ROAD
PLAINFIELD, N.J. 07062

*Sharon A. Lender*

Fleet Bank    Hartford, Connecticut

⑈90179649⑈ ⑆011900571⑆ 005616 2⑈

---

**TREASURER OF CITY OF BRIDGEPORT**
BRIDGEPORT, CONN.

| | CHECK NO. | DATE | | |

00090179649    11/17/04    ***108.00***

AY TO THE ORDER OF    ***ONE HUNDRED EIGHT DOLLARS AND 00/100***

JOSEPH SANCHO
285 TERRILL ROAD
PLAINFIELD, N.J. 07062

⑈90179649⑈ ⑆011900571⑆ 005616 2⑈

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIAN RICHARDSON          :
                          :
         Plaintiff,       :    CIV. NO. 3:01CV1719 (EBB)
                          :
vs.                       :
                          :
WILLIAM MIRANDA, ET AL    :
                          :
         Defendants       :    NOVEMBER 17, 2004

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that the Defendant, the City of Bridgeport, will take the deposition of **Joseph Sancho of 284 Terrill Road, Plainfield, NJ** on **Friday, December 3, 2004 at 9:00 a.m.** at the **Office of the City Attorney, 999 Broad Street, Bridgeport, Connecticut** before a competent authority.

The deponent is requested to bring the documents noted in the attached Schedule "A".

                          THE DEFENDANT
                          CITY OF BRIDGEPORT

                          By: /s/ Barbara S. Brazzel-Massaro
                          Barbara Brazzel-Massaro
                          Associate City Attorney
                          OFFICE OF THE CITY ATTORNEY
                          999 Broad Street - 2nd Floor
                          Bridgeport, CT  06604
                          Tel: #203/576-7647
                          Fed. Bar #05746

BMF04163                          1

## CERTIFICATION

This is to certify that a copy of the foregoing "Notice of Deposition" has been sent via certified mail, return receipt requested, on this 17TH day of November, 2004, to:

**Kenneth D. Heath, Esq.**
**Wiggin & Dana**
**One Century Tower**
**P.O. Box 1832**
**New Haven, CT  06508**

and mailed, postage prepaid, on this 17th day of November, 2004, to:

**Computer Reporting Service**
**1 Grandview Terrace**
**North, Haven, CT  06473**

_____
Barbara Brazzel-Massaro
Commissioner of the Superior Court

BMF04014                                           2

## SCHEDULE "A"

1.  Any and all statements, photographs or other documents in the case of Brian Richardson v. William Miranda, et al.

BMF04163

# MUGSHOT PROFILE

## BRIDGEPORT POLICE DEPARTMENT

**NAME:** JOSEPH

**ALIAS:** SANCHO

**DOB:** 06 - 13 - 79

**AGE AT ARREST:** 22

**SEX:** M

**RACE:** BLACK

**HEIGHT:**

**WEIGHT:**

**HAIR:**

**EYES:**

**GLASSES:**

**LKA:** 204 OLIVE STREET
BRIDGEPORT
CT

**CHARGES:** 53a-48   Conspiracy

53a-134   Robbery 1



**200105580**

THE BRIDGEPORT POLICE DEPARTMENT
DETECTIVE BUREAU
(203) 576-7621 OR 576-7671

# MUGSHOT PROFILE

## BRIDGEPORT POLICE DEPARTMENT

NAME: JOSEPH

ALIAS: SANCHO

DOB: 06 / 13 / 79
AGE AT ARREST: 21
SEX: M
RACE: BLACK
HEIGHT: 6'00"
WEIGHT: 210
HAIR: BLK
EYES: BRO
GLASSES: N
LKA: 204 OLIVE ST
BPT
CT



CHARGES: 53a-134  Robbery 1(W)

53a-48  Conspiracy

53a-134  Robbery 1(W)

**200102487**

THE BRIDGEPORT POLICE DEPARTMENT
DETECTIVE BUREAU
(203) 576-7621 OR 576-7671

AO 88 (Rev. 11/91) Subpoena in a Civil

# United States District Court

_____ DISTRICT OF _____

BRIAN RICHARDSON

V.

WILLIAM MIRANDA, ET AL

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 3:01CV1719 (EBB)

TO: JOSEPH SANCHO
285 TERRILL ROAD
PLAINFIELD, NJ 07062

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| OFFICE OF THE CITY ATTORNEY<br>999 BROAD STREET<br>BRIDGEPORT, CT 06604 | DECEMBER 3, 2004<br>9:00 A.M. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

ANY AND ALL STATEMENTS, PHOTOGRAPHS OR OTHER DOCUMENTS IN THE CASE OF BRIAN RICHARDSON v. WILLIAM MIRANDA, ET AL.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| _Barbara B. Massaro_, Attorney for Defendant | November 17, 2004 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
BARBARA BRAZZEL-MASSARO, OFFICE OF THE CITY ATTORNEY, 999 BROAD ST., BPT., CT 203/576-7647

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

EXHIBIT D

| | | |
|---|---|---|
| CITY ATTORNEY<br>Mark T. Anastasi<br><br>DEPUTY CITY ATTORNEY<br>Salvatore C. DePiano<br><br>ASSOCIATE CITY ATTORNEYS<br>John H. Barton<br>Melanie J. Howlett<br>Russell D. Liskov<br>Barbara Brazzel-Massaro<br>John R. Mitola<br>Ronald J. Pacacha<br>Lisa R. Trachtenburg | **CITY OF BRIDGEPORT**<br>**OFFICE OF THE CITY ATTORNEY**<br>999 Broad Street<br>Bridgeport, Connecticut 06604-4328<br> | AS<br><br>Christine Donahue Brown<br>Gregory M. Conte<br>Arthur C. Laske III<br>R. Christopher Meyer<br>Stephen J. Sedensky, Jr.<br><br>LEGAL ADMINISTRATOR<br>Kathleen Pacacha<br><br>Telephone (203) 576-7647<br>Facsimile (203) 576-8252 |

November 30, 2004

Attorney Kenneth Heath
Wiggin and Dana
One Century Tower
New Haven, Connecticut

RE: Richardson v. Miranda, et al.

Dear Attorney Heath:

    I have just received the Notice of Deposition and Subpoena back from New Jersey with a notation that 4 attempts were made to serve the subpoena to Mr. Sancho and they were not successful. These attempts were made after I sent an investigator to the address in an attempt to serve Mr. Sancho and he was also unsuccessful. Therefore, the deposition scheduled for Friday, December 3, 2004 will not go forward.

    As you already know from our telephone conversation, my investigator called Mr. Sancho after receiving the information of the whereabouts of Mr. Sancho from you on November 8, 2004. Mr. Sancho informed my investigator that on the advise of his counsel he would not talk to him but that he planned on testifying. With that said, Mr. Sancho hung up the telephone and we were unable to discuss anything with him regarding the case. Based upon his statements we have attempted to subpoena him but apparently he is intent upon not talking to the defendants counsel. Given the nature of his response and the inability to conduct a deposition of Mr. Sancho, the defendants have no other choice at this time except to submit to the court a Motion in Limine concerning his testimony.

    I have also spoken to Dr. Ostroff regarding the action and he is available for trial in this matter. Dr. Ostroff also indicated again that further testing of you client should be done. To date, you have not permitted such. I would like to have you explain your rationale for not permitting the testing Dr. Ostroff has recommended. I would also like to

have you reconsider allowing the defendants to complete the expert analysis that Dr. Ostroff believes necessary. Let me know your position.

Very truly yours,

*[signature]*

Barbara Brazzel-Massaro