# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIAN RICHARDSON | : |
| Plaintiff, | : CIV. NO. 3:01CV1719 (EBB) |
| vs. | : |
| WILLIAM MIRANDA, ET AL | : |
| Defendants | : JANUARY 21, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that the Defendant has manually filed the following document:

### "MOTION IN LIMINE"

☒ This document has not been filed electronically because:
☐ the document cannot be converted to an electronic format
☐ the electronic file size of the document exceeds 1.5 megabytes
☐ the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
☐ Defendant is excused from filing this document by Court order

The document has been manually served on all parties.

THE DEFENDANT
WILLIAM MIRANDA

By: /s/ Barbara Brazzel-Massaro
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Tel: #203/576-7647
Fed. Bar #05746

BMF05009    1

## CERTIFICATION

This is to certify that a copy of the "Notice of Manual Filing" has been mailed, postage prepaid, on this 21st day of January, 2005, to:

**Kenneth D. Heath, Esq.**
**Wiggin & Dana**
**One Century Tower**
**P.O. Box 1832**
**New Haven, CT 06508**

**Daniel Kalish, Esq.**
**Perkins Coie LLP**
**1201 Third Avenue, Suite 4800**
**Seattle, WA 98101-3099**

*/s/ Barbara B. Massaro*
Barbara Brazzel-Massaro

BMF05009                    2