FILED

2005 JAN 24 P 3: 25

U.S. DISTRICT COURT
NEW HAVEN CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIAN RICHARDSON | : |
| Plaintiff, | : CIV. NO. 3:01CV1719 (EBB) |
| vs. | : |
| WILLIAM MIRANDA, ET AL | : |
| Defendants | : JANUARY 20, 2005 |

### MOTION FOR WRIT OF HABEAS CORPUS

The Defendants move this Court to issue a writ of habeas corpus to the Warden of MacDougall Correctional Institution to all Mr. Darnell Gibson to attend trial in the above captioned matter. The trial in this case is scheduled for February 1, 2005 to February 4, 2005. Mr. Gibson would be needed to testify on February 3, 2005 at 11:00 a.m. Mr. Gibson is currently incarcerated at MacDougall Correctional Institution, 1153 East Street South, Suffield, Connecticut and, therefore, needs a writ to attend trial as well as to testify. A proposed write has been attached.

THE DEFENDANTS

By: /s/ Barbara B. Morra
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Tel: #203/576-7647
Fed. Bar #05746

BMF05006                          1

## CERTIFICATION

This is to certify that a copy of the foregoing "Motion for Writ of Habeas Corpus" has been mailed on this 20th day of January, 2005, to:

Kenneth D. Heath, Esq.
Wiggin & Dana
One Century Tower
P.O. Box 1832
New Haven, CT 06508

Daniel Kalish, Esq.
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099

_____
Barbara Brazzel-Massaro

BMF05006

2