FILED

2005 JAN 25 P 4: 27

U.S. DISTRICT COURT
NEW HAVEN CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIAN RICHARDSON | : | |
| Plaintiff, | : | CIV. NO. 3:01CV1719 (EBB) |
| vs. | : | |
| WILLIAM MIRANDA, ET AL | : | |
| Defendants | : | JANUARY 20, 2005 |

## WRIT OF HABEAS CORPUS

The Honorable Ellen B. Burns of the United States District Court, District of Connecticut, hereby issues this writ to the Warden of MacDougall Correctional Institution to produce Darnell Gibson (inmate #290596) to allow him to attend trial in the above captioned matter. The warden shall produce Mr. Richardson on the following day and time:

February 3, 2005    10:00 a.m. to 5:00 p.m.

Darnell Gibson shall be brought to the following courtroom:

United States District Court
District of Connecticut
141 Church Street, Courtroom #3
New Haven, Ct 06510

So Ordered:

Date                         The Honorable Ellen B. Burns

Jan. 25, 2005

BMF05007                              1

## CERTIFICATION

This is to certify that a copy of the foregoing "Proposed Writ of Habeas Corpus" has been mailed on this 20th day of January, 2005, to:

**Kenneth D. Heath, Esq.**
**Wiggin & Dana**
**One Century Tower**
**P.O. Box 1832**
**New Haven, CT  06508**

**Daniel Kalish, Esq.**
**Perkins Coie LLP**
**1201 Third Avenue, Suite 4800**
**Seattle, WA  98101-3099**

_____
Barbara Brazzel-Massaro