FILED

2005 JAN 26  P 2: 01

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIAN RICHARDSON | : |
| Plaintiff, | : CIV. NO. 3:01CV1719 (EBB) |
| vs. | : |
| WILLIAM MIRANDA, ET AL | : |
| Defendants | : JANUARY 25, 2005 |

## AMENDMENT TO DEFENDANTS' JANUARY 21, 2005 AMENDED TRIAL MEMORANDUM

The Defendants include the following item as an exhibit to be used for demonstrative purposes only:

1. A replica of a nine millimeter pistol, color black.

THE DEFENDANTS

By: _____
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT  06604
Tel: #203/576-7647
Fed. Bar #05746

BMF05013

1

## CERTIFICATION

This is to certify that a copy of the foregoing "Amendment to Defendants' January 21, 2005 Amended Trial Memorandum" has been mailed, postage prepaid, on this 25th day of January, 2005, to:

**Kenneth D. Heath, Esq.**
**Wiggin & Dana**
**One Century Tower**
**P.O. Box 1832**
**New Haven, CT  06508**

**Daniel Kalish, Esq.**
**Perkins Coie LLP**
**1201 Third Avenue, Suite 4800**
**Seattle, WA  98101-3099**

_____
Barbara Brazzel-Massaro

BMF05013

2