UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIAN RICHARDSON             :
                             :
         Plaintiff,          :    CIV. NO. 3:01CV1719 (EBB)
vs.                          :
                             :
WILLIAM MIRANDA, ET AL       :
                             :
         Defendants          :    JANUARY 26, 2005

### NOTICE OF MANUAL FILING

Please take notice that the Defendant has manually filed the following document:

**"DEFENDANTS OBJECTION TO THE DESIGNATION OF SERGEANT MAYER AS ADVERSE AND FOR TESTIMONY BEYOND HIS JOB DESCRIPTION"**

This document has not been filed electronically because:
- ☒ the document cannot be converted to an electronic format
- ☐ the electronic file size of the document exceeds 1.5 megabytes
- ☐ the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
- ☐ Defendant is excused from filing this document by Court order

The document has been manually served on all parties.

THE DEFENDANTS

By: _____
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Tel: #203/576-7647 / Fed. Bar #05746

BMF05011                           1

## CERTIFICATION

This is to certify that a copy of the "Notice of Manual Filing" has been mailed, postage prepaid, on this 26TH day of January, 2005, to:

**Kenneth D. Heath, Esq.**
**Wiggin & Dana**
**One Century Tower**
**P.O. Box 1832**
**New Haven, CT  06508**

**Daniel Kalish, Esq.**
**Perkins Coie LLP**
**1201 Third Avenue, Suite 4800**
**Seattle, WA  98101-3099**

_____
Barbara Brazzel-Massaro

BMF05011                              2