UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIAN RICHARDSON            :
                            :
        Plaintiff,           :      CIV. NO. 3:01CV1719(EBB)
vs.                         :
                            :
WILLIAM MIRANDA, ET AL      :
                            :
        Defendants           :      JANUARY 26, 2005

### NOTICE OF MANUAL FILING

Please take notice that the Defendant has manually filed the following document:

**"RESPONSE TO PLAINTIFF'S MOTION IN LIMINE TO RESTRICT THE TESTIMONY AND/OR EVIDENCE CONCERNING THE ROBBERY"**

This document has not been filed electronically because:
- [x] the document cannot be converted to an electronic format
- [ ] the electronic file size of the document exceeds 1.5 megabytes
- [ ] the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
- [ ] Defendant is excused from filing this document by Court order

The document has been manually served on all parties.

                                    THE DEFENDANTS

                                    By: _____
                                    Barbara Brazzel-Massaro
                                    Associate City Attorney
                                    OFFICE OF THE CITY ATTORNEY
                                    999 Broad Street - 2nd Floor
                                    Bridgeport, CT  06604
                                    Tel: #203/576-7647 / Fed. Bar #05746

BMF05014                            1

## CERTIFICATION

This is to certify that a copy of the "Notice of Manual Filing" has been mailed, postage prepaid, on this 26TH day of January, 2005, to:

**Kenneth D. Heath, Esq.**
**Wiggin & Dana**
**One Century Tower**
**P.O. Box 1832**
**New Haven, CT 06508**

**Daniel Kalish, Esq.**
**Perkins Coie LLP**
**1201 Third Avenue, Suite 4800**
**Seattle, WA 98101-3099**

_____
Barbara Brazzel-Massaro

BMF05014                    2