# EXHIBIT A

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIAN RICHARDSON | CIVIL ACTION NO. |
| Plaintiff, | |
| v. | 3:01CV1719 (JCH) |
| WILLIAM MIRANDA, ET AL. | |
| | October 13, 2003 |
| Defendants. | |

### Motion for Third Scheduling Order

Both parties in the above-entitled lawsuit hereby move this Court to provide a third scheduling order with the following deadline: Discovery pursuant to Federal Rules of Civil Procedure shall be completed by November 18, 2003. In support of this motion, the parties state as follows:

1.    Although both parties intended to complete discovery by October 18, 2003, several things made it difficult to meet this deadline, including discovery disputes (two of which are currently pending before this court) as well some difficulty in obtaining permission from the correctional facility to have potential experts examine the Plaintiff.

2.    The Defendants have stated that they will likely request additional time (after November 18, 2003) to depose all experts, if any, disclosed by Plaintiff. Plaintiff has no objection to Defendants obtaining more time for this purpose.

*Motion Granted: Nov. 18, 2003 w/ deadline for fact discovery. Expert discovery will be closed by 12/15/03 (significant fact issues). Expert disclosures and dispositive motions are due referable due by 11/5/04. So Ordered. [signature] 11/6/03*

FILED

# EXHIBIT B

FILED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT** A II: 53

US DIST.
DRIDE

| | | |
|---|---|---|
| **BRIAN RICHARDSON** | : | |
| | : | |
| **Plaintiff,** | : | **CIV. NO. 3:01CV1719 (JCH)** |
| | : | |
| **vs.** | : | |
| | : | |
| **WILLIAM MIRANDA, ET AL** | : | |
| | : | |
| **Defendants** | : | **FEBRUARY 3, 2004** |

**MOTION FOR EXTENSION OF TIME OF THE**
**SCHEDULING ORDER AS TO EXPERTS AND DEPOSITIONS**

Pursuant to Rule 16 and Local Rule 9, the Defendants, William Miranda, et al,

respectfully request that the Court extend the Scheduling Order for the purpose of

completing the deposition of the Plaintiff's experts and to disclose an expert

concerning the Plaintiff's claim of Post Traumatic Stress Disorder until 30 days after

the Plaintiff is available to meet and be analyzed by a Doctor selected by the

Defendants to review the claim of Post Traumatic Stress Disorder.

The Defendants have discussed this request with counsel for the Plaintiff in

an effort to schedule a time with their physician. To date, there is no set date;

however, it is expected that within the month of February this will be completed.

Until the Defendants have had an opportunity to have the Plaintiff analyzed and

received a report, they cannot determine if they will need to disclose an expert for

purposes of trial.

BMF04022                                  1

Counsel for the Plaintiff has been notified of such a request for an extension and has not taken a position.

Pursuant to the Local Rule, the Defendants indicate that this is the Defendant's first Motion for Extension of Time for the Scheduling Order.

THE DEFENDANTS

By: _Barbara B. Massaro_
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Tel: #203/576-7647
Fed. Bar #05746

## CERTIFICATION

This is to certify that a copy of the foregoing "Motion for Extension of Time of the Scheduling Order as to Experts and Depositions" has been sent via certified mail, return receipt requested, on this 3rd day of February, 2004, to:

Daniel Kalish, Esq.
Kenneth D. Heath, Esq.
Wiggin & Dana
One Century Tower
P.O. Box 1832
New Haven, CT 06508

_Barbara B. Massaro_
Barbara Brazzel-Massaro
Commissioner of the Superior Court

BMF04022                    2

# EXHIBIT C

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



| | | |
|---|---|---|
| BRIAN RICHARDSON | : | |
| | : | |
| Plaintiff, | : | CIV. NO. 3:01CV1719 (EBB) |
| | : | |
| vs. | : | |
| | : | |
| WILLIAM MIRANDA, ET AL | : | |
| | : | |
| Defendants | : | FEBRUARY 3, 2004 |

**MOTION FOR EXTENSION OF TIME OF THE**
**SCHEDULING ORDER AS TO EXPERTS AND DEPOSITIONS**

Pursuant to Rule 16 and Local Rule 9, the Defendants, William Miranda, et al,
respectfully request that the Court extend the Scheduling Order for the purpose of
completing the deposition of the Plaintiff's experts and to disclose an expert
concerning the Plaintiff's claim of Post Traumatic Stress Disorder until 30 days after
the Plaintiff is available to meet and be analyzed by a Doctor selected by the
Defendants to review the claim of Post Traumatic Stress Disorder.

The Defendants have discussed this request with counsel for the Plaintiff in
an effort to schedule a time with their physician. To date, there is no set date;
however, it is expected that within the month of February this will be completed.
Until the Defendants have had an opportunity to have the Plaintiff analyzed and
received a report, they cannot determine if they will need to disclose an expert for
purposes of trial.

BMF04022                          1

# EXHIBIT D

CITY ATTORNEY
Mark T. Anastasi

DEPUTY CITY ATTORNEY
Salvatore C. DePiano

ASSOCIATE CITY ATTORNEYS
John H. Barton
Melanie J. Howlett
Russell D. Liskov
Barbara Brazzel-Massaro
John R. Mitola
Ronald J. Pacacha
Lisa R. Trachtenburg

**CITY OF BRIDGEPORT**
# OFFICE OF THE CITY ATTORNEY
999 Broad Street
Bridgeport, Connecticut 06604-4328



ASSISTANT CITY ATTORNEYS

Gregory M. Conte
Arthur C. Laske III
R. Christopher Meyer
Stephen J. Sedensky, Jr.

LEGAL ADMINISTRATOR
Kathleen Pacacha

Telephone (203) 576-7647
Facsimile (203) 576-8252

March 5, 2004

**Daniel Kalish, Esq.**
**Wiggin & Dana**
**One Century Tower**
**P.O. Box 1832**
**New Haven, CT 06508**

Re:    **BRIAN RICHARDSON v. WILLIAM MIRANDA, ET AL**

Dear Attorney Kalish:

The City would like to have an additional date in order to complete testing of Mr. Richardson. Please contact me.

Very truly yours,

Barbara B. Massaro eh
Barbara Brazzel-Massaro
Associate City Attorney

BBM/ch40

# EXHIBIT E

**CITY OF BRIDGEPORT**
# OFFICE OF THE CITY ATTORNEY
999 Broad Street
Bridgeport, Connecticut 06604-4328



**CITY ATTORNEY**
Mark T. Anastasi

**DEPUTY CITY ATTORNEY**
Salvatore C. DePiano

**ASSOCIATE CITY ATTORNEYS**
John H. Barton
Melanie J. Howlett
Russell D. Liskov
Barbara Brazzel-Massaro
John R. Mitola
Ronald J. Pacacha
Lisa R. Trachtenburg

**ASSISTANT CITY ATTORNEYS**

Gregory M. Conte
Arthur C. Laske III
R. Christopher Meyer
Stephen J. Sedensky, Jr.

**LEGAL ADMINISTRATOR**
Kathleen Pacacha

Telephone (203) 576-7647
Facsimile (203) 576-8252

March 17, 2004

Daniel Kalish, Esq.
Wiggin & Dana
One Century Tower
P.O. Box 1832
New Haven, CT 06508

Re: **BRIAN RICHARDSON v. WILLIAM MIRANDA, ET AL**

Dear Attorney Kalish:

I know we were exchanging phone calls about the doctors in the above referenced case, but I have not heard from you regarding the continued deposition of Dr. Johnson.

Also, I have not heard from you about the ability to do psychological testing for Mr. Richardson so that my expert can complete his report.   Originally my expert wanted to do the tests this week, but I have not heard from you.  I am now asking the Doctor to do the testing next week so that I can hear back from you.

Thanks.

Very truly yours,

Barbara B. Massaro

Barbara Brazzel-Massaro
Associate City Attorney

BBM/ch49

# EXHIBIT F

Counsellors at Law    Wiggin & Dana LLP          Daniel Kalish
                      One Century Tower          203-498-4579
                      P.O. Box 1832              203-782-2889 fax
                      New Haven, Connecticut     dkalish@wiggin.com
                      06508-1832
                      www.wiggin.com

# WIGGIN AND DANA

*Counsellors at Law*

Via First Class Mail

March 29, 2004

Barbara Brazzel-Massaro, Esq.
Office of the City Attorney
999 Broad St., 2d Floor
Bridgeport, CT 06604

Re:   *Richardson v. Miranda, et al.*, 01CV1719 (JCH)

Dear Attorney Brazzel-Massaro:

In late February, a potential expert spent nearly two hours with my client, Brian Richardson. I understand that the expert wants to see Mr. Richardson again.

Without further information, we are unwilling, at this time, to allow the potential expert to see Mr. Richardson for a second time. If this expert still wants to see him, please indicate (1) who the expert is, (2) why she wants to see Mr. Richardson again, and (3) why she was unable to obtain the information she wants the first time she saw Mr. Richardson.

Once we obtain this information, we will consider whether it is appropriate to allow the potential expert to see and test Mr. Richardson for a second time.

Sincerely,

Daniel Kalish

# EXHIBIT G

**CITY OF BRIDGEPORT**
# OFFICE OF THE CITY ATTORNEY
999 Broad Street
Bridgeport, Connecticut 06604-4328



**CITY ATTORNEY**
Mark T. Anastasi

**DEPUTY CITY ATTORNEY**
Salvatore C. DePiano

**ASSOCIATE CITY ATTORNEYS**
John H. Barton
Melanie J. Howlett
Russell D. Liskov
Barbara Brazzel-Massaro
John R. Mitola
Ronald J. Pacacha
Lisa R. Trachtenburg

**ASSISTANT CITY ATTORNEYS**

Gregory M. Conte
Arthur C. Laske III
R. Christopher Meyer
Stephen J. Sedensky, Jr.

**LEGAL ADMINISTRATOR**
Kathleen Pacacha

Telephone (203) 576-7647
Facsimile (203) 576-8252

March 29, 2004

BY FAX (203) 782-2889

Attorney Daniel Kalish
Wiggin and Dana
One Century Tower
P.O. Box 1832
New Haven, Connecticut

RE: Brian Richardson v. City of Bridgeport, etal.

Dear Attorney Kalish:

      I returned to my office today and discovered you had cancelled the meeting with my doctor and your client that was scheduled for Saturday, March 27, 2004. As I discussed with you last week I have now set two dates for the doctor to see Mr. Richardson. The first meeting was postponed because you did not return my calls and message about the meeting. The second one has been cancelled with no explanation. When I last spoke to you, you expressed concern about obtaining a written opinion as soon as possible to get this case moving. I have put great pressure on my doctor to move this along and prepare an expert opinion as quickly as is possible after the completion of testing but this will now be delayed because you cancelled the testing season.

      I will seek an extension of the court to submit the expert report because of the delay.

      Please address this issue as well as the latest request for the military records that we have been unable to acquire because your client has not properly signed the release that we provided to you on the day of his deposition.

      I may also file a motion to preclude the testimony of Dr. Johnson if I do not get a date to finish his deposition. As you know it has been approximately two months that we have waited to conclude his deposition. I know we rescheduled it for the end of January but it was continued because of the weather. I have written and called you many times to get a date. I have even offered to go to the office of Dr. Johnson. Our office has been patient with the extended discovery for your client since you entered an appearance and

would only request some courtesy from you in getting dates to afford us the same opportunity for discovery as we provided to your client.

Very truly yours,

Barbara Brazzel-Massaro
Associate City Attorney

# EXHIBIT H

CITY OF BRIDGEPORT
## OFFICE OF THE CITY ATTORNEY
999 Broad Street
Bridgeport, Connecticut 06604-4328

**CITY ATTORNEY**
Mark T. Anastasi

**DEPUTY CITY ATTORNEY**
Salvatore C. DePiano

**ASSOCIATE CITY ATTORNEYS**
John H. Barton
Melanie J. Howlett
Russell D. Liskov
Barbara Brazzel-Massaro
John R. Mitola
Ronald J. Pacacha
Lisa R. Trachtenburg

**ASSISTANT CITY ATTORNEYS**

Gregory M. Conte
Arthur C. Laske III
R. Christopher Meyer
Stephen J. Sedensky, Jr.

**LEGAL ADMINISTRATOR**
Kathleen Pacacha

Telephone (203) 576-7647
Facsimile (203) 576-8252

April 29, 2004

Attorney Kenneth Heath
Wiggin and Dana
One Century Tower
New Haven, Connecticut

RE:   Brian Richardson v. Miranda, Civ. No 3:01CV1719
      Expert Examination of Mr. Richardson

Dear Attorney Heath:

   The last time we talked about the experts in this case, I though you were suppose to look at the file a little more carefully and determine if there you were going to agree to a date for my expert to complete the evaluation of your client. I have not heard back form you and expect to complete the deposition of Dr. Johnson on May 5, 2004.

   Please let me know by Thursday because if you will not allow the testing than I will need to either file a motion or disclose my expert to give a report based on the limited examination.

   Thank you for your attention to this matter.

Very truly yours,

Barbara B. Massaro

Barbara Brazzel-Massaro
Associate City Attorney

34

03/29/2004 17:36 FAX 2035768252          CITY ATTORNEY                                      ☑001

**CITY ATTORNEY**
Mark T. Anastasi

**DEPUTY CITY ATTORNEY**
Salvatore C. DePiano

**ASSOCIATE CITY ATTORNEYS**
John H. Barton
Barbara Brazzel-Massaro
Russell D. Liskov
John R. Mitola
Ronald J. Pacacha

**CITY OF BRIDGEPORT**
**OFFICE OF THE CITY ATTORNEY**
999 Broad Street
Bridgeport, Connecticut 06604-4328



**ASSISTANT CITY ATTORNEYS**

Gregory M. Conte
Melanie J. Howlett
Arthur C. Laske III
R. Christopher Meyer
Stephen J. Sedensky, Jr.

**LEGAL ADMINISTRATOR**
Kathleen Pacacha

Telephone (203) 576-7647
Facsimile (203) 576-8252

**FACSIMILE TRANSMITTAL SHEET**

| TO: D. Kaluffh | DATE: 3-29-04 |
|---|---|
| FROM: B Massaro | FAX NO. 203-782-2887 |
| RE: Richardson | |
| TOTAL NUMBER OF PAGES INCLUDING COVER SHEET ( 3 ) | |
| MESSAGE: | |

## CONFIDENTIALITY NOTICE

THE INFORMATION CONTAINED IN THIS FACSIMILE, INCLUDING ANY ATTACHMENTS, IS INTENDED FOR THE SOLE USE OF THE INTENDED RECIPIENT AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.

IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE BE ADVISED THAT ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS DOCUMENT IS STRICTLY PROHIBITED.

IF YOU RECEIVE THIS COMMUNICATION IN ERROR, PLEASE CONTACT THE SENDER IMMEDIATELY BY COLLECT TELEPHONE CALL, RETURN THE ORIGINAL MESSAGE BY MAIL TO THE ABOVE ADDTESS AT OUT EXPENSE, AND DESTROY ALL COPIES OF THE ORIGINAL TRANSMISSION.

OPERATOR: _____

Rev. 06/03

# EXHIBIT I

Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, Connecticut
06508-1832
www.wiggin.com

Daniel Kalish
203.498.4579
203.782.2889 fax
dkalish@wiggin.com

**WIGGIN AND DANA**

*Counsellors at Law*

VIA FAX 203-576-8252

May 4, 2004

Barbara Brazzel-Massaro
Office of the City Attorney
999 Broad Street
Bridgeport, CT  06604-4328

Re:    *Brian Richardson v. William Miranda, et al.*

Dear Ms. Brazzel-Massaro:

I write in response to your April 29 letter regarding your request that Mr. Richardson be made available for a second evaluation by your expert.

Rule 35 of the Federal Rules provides for mental examinations either by consent of the parties or by order of the court upon a showing of good cause.  In either case, an opposing party is entitled to a detailed written report of the examiner's findings, including all test results and diagnoses.  In order to evaluate your claimed need for a second examination of Mr. Richardson, we will need your expert's report of the first examination, along with a statement of what tests he or she was unable to perform in the first examination and why he or she is unable to render an opinion at this time.

In addition, should we consent to a second examination (or should you obtain an order from the court allowing the examination), we intend to reserve the right, upon review of the revised expert report, to supplement Dr. Johnson's expert report and/or retain an additional expert for rebuttal purposes.

Sincerely,

Kenneth D. Heath

*New Haven   Stamford   New York   Hartford   Philadelphia*

```
                        *********************
                        ***   TX REPORT   ***
                        *********************

      TRANSMISSION OK

      TX/RX NO              2471
      CONNECTION TEL                    912035768252
      CONNECTION ID        CITY ATTORNEY
      ST. TIME             05/04 17:02
      USAGE T              00'15
      PGS. SENT              1
      RESULT               OK
```

Wiggin and Dana LLP        Daniel Kalish
One Century Tower          203.498.4579
P.O. Box 1832              203.782.2889 fax
New Haven, Connecticut     dkalish@wiggin.com
06508-1832
www.wiggin.com

# WIGGIN AND DANA

*Counsellors at Law*

VIA FAX 203-576-8252

May 4, 2004

Barbara Brazzel-Massaro
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604-4328

Re:    *Brian Richardson v. William Miranda, et al.*

Dear Ms. Brazzel-Massaro:

I write in response to your April 29 letter regarding your request that Mr. Richardson be made available for a second evaluation by your expert.

Rule 35 of the Federal Rules provides for mental examinations either by consent of the parties or by order of the court upon a showing of good cause. In either case, an opposing party is entitled to a detailed written report of the examiner's findings, including all test results and diagnoses. In order to evaluate your claimed need for a second examination of Mr. Richardson, we will need your expert's report of the first examination, along with a statement of what tests he or she was unable to perform in the first examination and why he or she is unable to render an opinion at this time.

In addition, should we consent to a second examination (or should you obtain an order from the court allowing the examination), we intend to reserve the right, upon review of the revised expert report, to supplement Dr. Johnson's expert report and/or retain an additional expert for rebuttal purposes.

Sincerely,

