FILED
2005 FEB -2 P 12: 33
U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIAN RICHARDSON

    Plaintiff,    :    CIV. NO. 3:01CV1719 (EBB)

vs.

WILLIAM MIRANDA, ET AL

    Defendants    :    JANUARY 31, 2005

## MOTION TO VACATE WRIT OF HABEAS CORPUS

On Monday, January 31, 2005, Defendants' counsel learned that the trial in this matter, which was scheduled to begin on Tuesday, February 1, 2005, has been moved to begin during the week of February 14, 2005. The trial was rescheduled because one of the defendants has taken ill and is not expected to return to work until that time. Mr. Darnell Gibson, Inmate #290596, was scheduled to appear on February 2, 2004.

Therefore, the Defendants request the Court vacate the writ.

THE DEFENDANTS

By: _____
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Tel: #203/576-7647
Fed. Bar #05746

BMF05017    1

## CERTIFICATION

This is to certify that a copy of the foregoing "Motion to Vacate Writ of Habeas Corpus" has been faxed and mailed, postage prepaid, on this 31st day of January, 2005, to:

**Kenneth D. Heath, Esq.**
**Wiggin & Dana**
**One Century Tower**
**P.O. Box 1832**
**New Haven, CT 06508**

**Daniel Kalish, Esq.**
**Perkins Coie LLP**
**1201 Third Avenue, Suite 4800**
**Seattle, WA 98101-3099**

Barbara Brazzel-Massaro

BMF05017

2