UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIAN RICHARDSON | : | |
| Plaintiff, | : | CIV. NO. 3:01CV1719 (EBB) |
| vs. | : | |
| WILLIAM MIRANDA, ET AL | : | |
| Defendants | : | FEBRUARY 8, 2005 |

### DEFENDANTS' REPLY TO PLAINTIFF'S MOTION CONCERNING MR. SANCHO

The Plaintiff has provided the Court with a summary of statements justifying the fact that they spoke with Mr. Sancho and indicating, basically, that it is Defendants' "tough luck" that he will not speak to them even after the Defendants went through the process of attempting to serve a subpoena to Mr. Sancho.

The Plaintiff seems to assume that simply because the Defendants knew Mr. Sancho was in the car he would testify at trial. This is an illogical conclusion. First of all, Mr. Sancho was not apprehended at the scene in the final blocks where the car collided with a fence, nor with the three other individuals apprehended. The statements of Mr. Sancho, when he was finally apprehended some time later, make no mention of any of the events the Plaintiff now attempts to introduce. It was not until late August 2004 that the affidavit was provided to counsel (Exhibit A). On August 31, 2004, Defendants' counsel requested information to follow through with some inquiry into information which was, for the first time, made known to counsel

BMF05024                                1

(Exhibit B). The Defendants were unable to located Mr. Sancho and it was not until November 8, 2004 that the Defendants had any contact information (Exhibit C).

Mr. Sancho did take the time to talk to Plaintiff's counsel and that is one of the issues because only after the affidavit and after discussion of about one hour with the witness did he inform Defendants' counsel he did not have to talk to them. While Plaintiff's counsel has no appearance for the witness, it is obvious that at such a late date to disclose and have the Defendants precluded from investigating his description of the events they are unfairly prejudiced. It is interesting that although Mr. Richardson possessed the statements, he waited until Mr. Sancho was out of state before he provided the statements to counsel. His own actions, in holding back, have caused this dilemma and the Defendants should not be prejudiced. Defendants did what is required and attempted to subpoena Mr. Sancho even through he is out of state. His refusal to talk or allow a deposition has hindered and prejudiced these Defendants. As such, he should not be permitted to testify.

THE DEFENDANTS

By: _____
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Tel: #203/576-7647
Fed. Bar #05746

BMF05024                                2

## CERTIFICATION

This is to certify that a copy of the foregoing "Defendants' Reply to Plaintiff's Motion Concerning Mr. Sancho" has been faxed and mailed, postage prepaid, on this 8th day of February, 2005, to:

**Kenneth D. Heath, Esq.**
**Wiggin & Dana**
**One Century Tower**
**P.O. Box 1832**
**New Haven, CT 06508**

**Daniel Kalish, Esq.**
**Perkins Coie LLP**
**1201 Third Avenue, Suite 4800**
**Seattle, WA 98101-3099**

*[signature]*
Barbara Brazzel-Massaro

Case 3:01-cv-01719-EBB    Document 82    Filed 02/09/2005    Page 3 of 7

Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, Connecticut
06508-1832
www.wiggin.com

Daniel Kalish
203.498.4579
203.782.2889 fax
dkalish@wiggin.com

**WIGGIN AND DANA**

*Counsellors at Law*

VIA FAX 203-576-8252

August 23, 2004

Barbara Brazzel-Massaro
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604-4328

Re:   *Brian Richardson v. William Miranda et al.*

Dear Ms. Brazzel-Massaro:

Pursuant to our continuing duty to respond to discovery, enclosed please find copies of three statements responsive to your requests for production.

Please feel free to call me or Dan Kalish (cell: 203-675-3200) if you have any questions. Dan will be separately forwarding you his contact information, and requests that you copy him on correspondence in the case.

Sincerely,

Kenneth D. Heath

*New Haven   Stamford   New York   Hartford   Philadelphia*

To whom this may concern,

I, Joseph E Sancho III, do hereby give this statement as to being true facts and myself as to being a witness to the horrific brutality imposed on Brian Richardson and others by certain officers in the Bridgeport Police Dept. on the night of April 22, 2001. I was in the area of Elmwood and Hazelwood Avenues and I saw two officers of the Bridgeport Police Dept. brutally beat down Mr. Richardson on the side of one of the houses on Elmwood Avenue as well as I heard offensive and derrogatory racial obseenities spurred out at Mr. Richardson by the officers. I saw the officers brutally and viciously punch, kick, and stomp on Mr. Richardson's head numerous times, obviously unnecessarily. I mean, Mr. Richardson was apparently being placed under arrest, but he was already on the ground while this attack was taking place. Mr. Richardson was screaming in agony and pain from the vicious blows and begging the officers to stop beating and kicking him. The officers obviously took advantage of the situation and I think the mannerism in which the officers acted was unusually cruel and evil with malicious intent, not to mention it was ridiculously unproffessional. I give this statement in light of and hopes that the actions of the officers involved here are scrutinized and given the proper attention in the appropriate court of law and justice is served accordingly.

Sincerely,
Joseph E. Sancho III

SHAYNE HESKEY
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 01/22/08

| | CITY OF BRIDGEPORT | |
|---|---|---|
| CITY ATTORNEY<br>Mark T. Anastasi | OFFICE OF THE CITY ATTORNEY<br>999 Broad Street<br>Bridgeport, Connecticut 06604-4328 | ASSISTANT<br>Christine Donahue Brown<br>Gregory M. Conte |
| DEPUTY CITY ATTORNEY<br>Salvatore C. DePiano | | Arthur C. Laske III<br>R. Christopher Meyer<br>Stephen J. Sedensky, Jr. |
| ASSOCIATE CITY ATTORNEYS<br>John H. Barton<br>Melanie J. Howlett<br>Russell D. Liskov<br>Barbara Brazzel-Massaro<br>John R. Mitola<br>Ronald J. Pacacha<br>Lisa R. Trachtenburg | | LEGAL ADMINISTRATOR<br>Kathleen Pacacha<br><br>Telephone (203) 576-7647<br>Facsimile (203) 576-8252 |



August 31, 2004

Kenneth Heath, Esq.
Wiggins & Dana
P.O. Box 1832
New Haven, CT

Re: **RICHARDSON v. MIRANDA**

Dear Attorney Heath:

I received your telephone call messages and your follow-up letter with additional discovery when I returned from vacation on Monday, August 30, 2004.

I note that none of the statements were dated and the second one did not have a notary after the signature. Obviously, I would like the addresses of each of the individuals in order to schedule depositions to inquire as to the statements. I may also need to schedule another deposition of Mr. Richardson to question him regarding these statements.

Please contact me as soon as you return from vacation.

Very truly yours,

Barbara Brazzel-Massaro
Associate City Attorney

BBM/ch134

Wiggin and Dana LLP   Daniel Kalish
One Century Tower   203.498.4579
P.O. Box 1832   203.782.2889 fax
New Haven, Connecticut   dkalish@wiggin.com
06508-1832
www.wiggin.com



# WIGGIN AND DANA
*Counsellors at Law*

VIA FAX 203-576-8252

November 8, 2004

Barbara Brazzel-Massaro
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604-4328

Re:   *Brian Richardson v. William Miranda et al.*

Dear Ms. Brazzel-Massaro:

I am writing to provide you with contact information for Joseph Sancho, one of the individuals who signed a statement on behalf of Brian Richardson. He can be reached at 285 Terrill Road, Plainfield, NJ 07062 (phone: 908-756-6263). As of this letter, I have exchanged phone messages with Mr. Sancho but have had no other communications with him, although I am still trying to contact him. I have been unable to uncover any contact information on the other two affiants, Eric Bates and Robert Johnson, neither of whom appears still to be in the Connecticut prison system. When and if I do find their contact information, I will forward it to you pursuant to our continuing duty to respond to discovery; I would appreciate it if you would do likewise.

In addition, I plan to notice the deposition of your expert in the coming weeks. Please let me know of any dates on which you and/or he will not be available.

Finally, it might be appropriate for us to schedule a phone conference with Judge Burns to discuss the trial date (currently December 14) and any other open matters in the case. If you have any open dates in the near future, please let me know and I can call her chambers to set up a conference.

Sincerely,

Kenneth D. Heath

cc:   Dan Kalish, Esq.

*New Haven   Stamford   New York   Hartford   Philadelphia*