UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIAN RICHARDSON, | CIVIL ACTION NO. |
| Plaintiff, | 3:01CV1719 (EBB) |
| v. | |
| WILLIAM MIRANDA ET AL., | August 10, 2005 |
| Defendants. | |

## MOTION TO APPROVE PAYMENT OF EXPERT WITNESS FEES

Pursuant to sections 83.10(f)-(g) of the Local Rules of Civil Procedure, counsel for Plaintiff Brian Richardson move this Court to approve the following payments for medical expert witness fees in this matter: to Dr. David Read Johnson, $2400.00; and to Dr. Norman Werdiger, $1925.00. In support of this motion, counsel state the following:

1. On July 8, 2003 (#26), counsel moved the Court, pursuant to Local Rule 83.10(f), for advance authorization of medical expert fees not to exceed $10,000, to retain an expert for purposes of assessing the extent of Mr. Richardson's damages arising from the allegations in his complaint against the defendant police officers under 42 U.S.C. § 1983. On July 23, 2003, the Court (Hall, J.), granted that motion, *see* Ex. A, noting that counsel should submit a final bill with motion to approve payment.

2. During the course of this litigation, counsel retained the services of two medical experts. The first was Dr. Norman Werdiger, a neurologist at the Yale University School of Medicine, who examined Mr. Richardson's hand and opined as to the extent of his neurological

injuries. Dr. Werdiger was disclosed as an expert on November 24, 2003. On May 19, 2005, Dr. Werdiger submitted a final bill for his services totaling $1925.00. *See* Ex. B.

3. Counsel retained a second expert, Dr. David Read Johnson of the Post-Traumatic Stress Center in New Haven, to assess Mr. Richardson's emotional damages arising from the allegations in his complaint. Dr. Johnson was disclosed as an expert on October 21, 2003, and he was deposed on January 22, 2004 and May 5, 2004. On October 28, 2003, Dr. Johnson submitted an initial bill to Wiggin and Dana LLP of $1800.00, which the firm paid on or about January 21, 2004. *See* Ex. C. On May 9, 2003, he submitted a final bill for the remainder of his services, for $600.00, *see* Ex. D, for a total expense to Dr. Johnson of $2400.00.

4. The parties have recently concluded a settlement of this case and expect to file a stipulation of dismissal with the Court in the near future. Counsel will incur no further expert expenses in this matter, and the total expenses incurred is $4325.00, substantially lower than the amount authorized by the Court's previous order.

Therefore, pursuant to Local Rule 82.10(f)-(g) and to the Court's previous order, counsel ask this Court to approve payment from Court funds of these expenses, made payable to Wiggin and Dana LLP for prompt payment to Drs. Johnson and Werdiger. In the alternative, counsel ask that payment be made to Drs. Johnson and Werdiger directly for the outstanding portions of their bills ($600.00 and $1925.00, respectively), with a payment of $1800.00 to Wiggin and Dana LLP for the share of Dr. Johnson's bill that it has already paid.

DATED: August 10, 2005

Respectfully submitted,

Kenneth D. Heath (ct 26359)
WIGGIN AND DANA LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
Tel: 203-498-4400
Fax: 203-782-2889
E-mail: kheath@wiggin.com

Daniel Kalish (ct 24350)
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Tel: 206-359-8000
Fax: 206-359-9000
E-mail: dkalish@perkinscoie.com

Attorneys for Plaintiff
Brian Richardson

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 JUL -8 A 10: 25

US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| BRIAN RICHARDSON | CIVIL ACTION NO. |
| Plaintiff, | |
| v. | 3:01CV1719 (JCH) |
| WILLIAM MIRANDA, ET AL. | |
| | July 8, 2003 |
| Defendants. | |

### MOTION FOR AUTHORIZATION OF EXPENSES FOR MEDICAL EXPERT WITNESS OF PLAINTIFF'S CHOOSING

Pursuant to Rule 83.10(f)(1) of the Local Rules of the United States District Court, District of Connecticut, counsel for the Plaintiff -- Dan Kalish and Ken Heath -- move this Court for advance authorization for the payment of the fee of a medical expert of Plaintiff's choosing, not to exceed $10,000. In support of this motion, counsel for Plaintiff state:

1. On September 6, 2001, the Plaintiff Brian Richardson filed a § 1983 action alleging that various police officers at the Bridgeport Police Department violated his civil rights. On December 23, 2002, the Plaintiff filed a motion for appointment of counsel. This Court granted this motion on January 16, 2003. Dan Kalish and Ken Heath were appointed counsel for the Plaintiff on May 19, 2003.

2. Section 83.10(f)(1) of the Local Rules of the United States District Court, District of Connecticut states:

> The appointed attorney shall bear any expenses of the litigation (e.g., discovery expenses, subpoena fees, transcript expenses) unless the attorney has, prior to incurring such expenses, obtained an order from the Court authorizing such

1

# EXHIBIT B

**Norman S. Werdiger, M.D.**
2 Church Street South
New Haven, CT 06519

**Neurology and Neurophysiology**           Assistant Clinical Professor of Neurology
**Board Certified in Neurology, ABPN**       Yale University School of Medicine

May 19, 2005
Attorney Kenneth D. Heath
Wiggin and Dana, LLP
Counsellors at Law
One Century Tower
PO Box 1832
New Haven, CT 06508-1832

RE: Richardson v. Miranda et al.

BILL FOR MEDICO-LEGAL SERVICES

| | | |
|---|---|---|
| November 15, 2003 | 4.00 hours | -Records review |
| | | -Neurological Examination and report |
| | | -Attorney Conference |
| | | -Travel to and from Garner Correctional Facility |
| January 26, 2005 | 1.50 hours | -Attorney Teleconference |
| | | -Literature review |
| Total | 5.50 hours @$350/hour= $1,925.00 | |

Thank you for your time and attention to this matter. If you have any questions please do not hesitate to contact me.

Sincerely,

*[signature]*

Norman S. Werdiger, M.D.
FEIN 06-1171808

Telephone (203) 624-7893    FAX (203) 624-8030

# EXHIBIT C

File Copy

## CHECK REQUEST

[X] Regular Account      Date 1/14/03
[ ] Agent Account        Date Required 1/21/04
                         Attorney _____ James Bicks

Amount: $ 1,800.00
Payable to: Post Traumatic Stress Center, LLC.
EIN#: 06-1474060

Charge to:

Client: Richardson
Matter: Miranda
Explanation: Expert review of records

| Client Code | Matter Code |
|---|---|
| 16234 | 1 |

Firm Expense:*

Meals & Entertainment: $ _____
Other: $ _____
TOTAL: $ _____
Explanation: _____

Mail to: Call Gail on 9 when ready x4554. Thanks

*RECEIPTS FOR ALL DISBURSEMENTS MUST BE ATTACHED.

# Post-Traumatic Stress Center

19 Edwards Street, New Haven, CT 06511                                       203-624-2146

Dan Kalisch
Wiggin & Dana
PO Box 1832
New Haven, CT 06508                                                          October 28, 2003

<u>Invoice for Psychological Services:</u>
<u>Re: Brian Richardson</u>

| <u>Date:</u> | <u>Time:</u> | <u>Service:</u> | <u>Rate:</u> | <u>Fee:</u> |
|---|---|---|---|---|
| September 10 | 2 hrs. | Record Review | $150/hr | $300 |
| September 17 | 3 hrs. | Evaluation | $250/hr | $750 |
|  | 2 hrs. | Travel time | $150/hr | $300 |
| October 12 | 3 hrs. | Report Preparation | $150/hr | $450 |
|  |  |  | Total Fee: | $1800 |

Make check payable to :    Post Traumatic Stress Center, L.L.C.
                           EIN#: 06-1474060

Sincerely,

*[signature]*

David Read Johnson, Ph.D.
Licensed Clinical Psychologist, #0892 (CT)

# EXHIBIT D



# Post Traumatic Stress Center

19 Edwards Street, New Haven, Connecticut 06511     (203) 624-2146

May 9, 2005

Atty. Ken Heath
Wiggin & Dana LLP
One Century Tower
PO Box 1832
New Haven, CT 06508

### Invoice for Professional Services

**Re: Brian Richardson**

| | |
|---|---|
| Consultation – 2 hours | $300.00 |
| Report Preparation – 2 hours | $300.00 |
| Total due | $600.00 |

Please make check payable to:   Post Traumatic Stress Center
                                 Tax ID # 06-1474060

## **CERTIFICATE OF SERVICE**

On August 10, 2005, I caused to be served upon counsel of record, at the address stated below, via the method of service indicated, a true and correct copy of the foregoing:

Barbara Brazzel-Massaro, Esq.
City Attorney's Office, City of Bridgeport
999 Broad Street
Bridgeport, CT 06604

|   |   |
|---|---|
| ___ | Via hand delivery |
| _X_ | Via U.S. Mail, 1st Class, Postage Prepaid |
| ___ | Via Overnight Delivery |
| ___ | Via Facsimile |
| ___ | Via E-filing |

I certify under penalty of perjury under the laws of the State of Connecticut that the foregoing is true and correct.

DATED at New Haven, CT, this 10th day of August, 2005.

_____
Kenneth D. Heath