UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIAN RICHARDSON, | CIVIL ACTION NO. |
| v. | 3:01CV1719 (EBB) |
| WILLIAM MIRANDA ET AL. | August 25, 2005 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties request that the Court enter a voluntary dismissal of this action, with prejudice, on the ground that the parties have settled all claims in accordance with the attached Settlement Agreement and Release.

PLAINTIFF
BRIAN RICHARDSON

By: _____
Kenneth D. Heath (ct 26359)
WIGGIN AND DANA LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
Tel: (203) 498-4400

Daniel Kalish (ct 24350)
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Tel: (206) 359-8000

His Attorneys

DEFENDANTS
WILLIAM MIRANDA
FRANK DELBOUNO
JOSE REYES

By: _____
Barbara Brazzel-Massaro
Office of the City Attorney
City of Bridgeport
999 Broad Street
Bridgeport, CT 06604
Tel: (203) 576-7647

Their Attorney